FILED
2020 SEP 1 PM 12:02
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOWARD H20 LLC, <br><br> Defendant | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:19-cv-00796 <br><br> JURY TRIAL DEMAND <br><br> Judge Bruce S. Jenkins |

On August 25, 2020, the Court conducted a telephonic hearing on Defendant Cloward H2O's Motion for Summary Judgment of Non-Infringement of the '514 Patent ("Motion for Summary Judgment," Dkt. No. 42). Anthony Zeuli argued on behalf of Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies Inc. Jared Braithwaite argued on behalf of Defendant Cloward H2O ("Cloward"). Having considered the parties' briefs, the evidence presented, the arguments of counsel, and the relevant legal standards, the Court ruled at the hearing and DENIED the Motion. In confirmation of that ruling, and for good and sufficient cause shown:

**IT IS HEREBY ORDERED:**

That Cloward's Motion for Summary Judgment is DENIED. There are genuine issues of material fact that preclude judgment as a matter of law.

SIGNED this 1st day of Sept., 2020.

BY THE COURT:

Judge Bruce S. Jenkins
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a true and correct copy of the forgoing

**[proposed] ORDER DENYING MOTION FOR SUMMARY JUDGMENT** was served via

email upon:

    Jared Braithwaite
    jbraithwaite@mabr.cm
    Daniel R. Barber
    dbarber@marbr.com
    Alexis K. Juergens
    ajuergens@mabr.com
    MASCHOFF BRENNAN
    111 South Main Street, Suite 600
    Salt Lake City, Utah 84111
    Attorneys for Defendant Cloward H2O LLC

    /s/ James C. Watson
    James C. Watson