IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOWARD H20 LLC, <br><br> Defendant | **ORDER DENYING MOTION TO DISMISS AND MOTION TO COMPEL** <br><br> Case No. 2:19-cv-00796 <br><br> JURY TRIAL DEMAND <br><br> Judge Bruce S. Jenkins |

On February 8, 2021, the Court conducted a virtual and telephonic hearing on Defendant Cloward H2O's Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 78) and Motion for Short Form Discovery re: Motion to Compel Compliance with Local Patent Rues 2.3 or to Strike Non-Compliant Contentions (Dkt. No. 91). Anthony Zeuli argued on behalf of Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies Inc. Jared Braithwaite argued on behalf of Defendant Cloward H2O ("Cloward"). Having considered the parties' briefs, the evidence presented, the arguments of counsel, and the relevant legal standards, the Court ruled at the hearing and DENIED both Motions. In confirmation of that ruling, and for good and sufficient cause shown:

**IT IS HEREBY ORDERED:**

That Cloward's Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 78) is DENIED,

That Cloward's Motion for Short Form Discovery re: Motion to Compel Compliance with Local Patent Rues 2.3 or to Strike Non-Compliant Contentions (Dkt. No. 91) is DENIED, and

That Cloward shall file its answer to the Third Amended Complaint on or before February 23, 2021.

SIGNED this 9th day of February, 2021.

BY THE COURT:

_____
Judge Bruce S. Jenkins
U.S. District Court Judge