FILED
2021 MAR 23 AM 9:28
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLOWARD H2O LLC, <br><br> Defendant. | **AMENDED SCHEDULING ORDER** <br><br><br> Case No. 2:19-CV-00796-BSJ <br><br> District Judge Bruce S. Jenkins |

THE COURT HEREBY GRANTS the Stipulated Motion to Extend the Discovery Deadline from the November 13, 2020 Amended Scheduling Order (Dkt. 76), for good and sufficient cause shown.

**IT IS HEREBY ORDERED:**

The Amended Scheduling Order is granted regarding the following cutoff dates:

1. Fact discovery is hereby extended to 60 days following the Entry of the Claim Construction.

**The following dates remain the same.**

2. Motions on claim construction to be filed no later than May 24, 2021.

3. Claim construction hearing is set for July 26, 2021, at 10 a.m.

4. Any other dates will be set at the claim construction hearing.

DATED this 23rd day of March, 2021.

Bruce S. Jenkins
United States Senior District Judge