FILED
2021 MAY 6 AM 10:54
~~CLERK~~
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRYSTAL LAGOONS US CORP,<br><br>Plaintiff,<br><br>v.<br><br>CLOWARD H2O,<br><br>Defendant. | **ORDER DENYING MOTION FOR LEAVE TO SUBMIT THREE ADDITIONAL CLAIM TERMS TO THE COURT FOR CLAIM CONSTRUCTION**<br><br>Case No. 2:19-CV-00796-BSJ<br><br>District Judge Bruce S. Jenkins |

This matter came before the Court for oral argument on May 5, 2021. Anthony R. Zeuli appeared on behalf of Plaintiff Crystal Lagoons. Jared J. Braithwaite appeared on behalf of Cloward H2O. The Court ruled at the hearing and DENIED Cloward's Motion to Submit Three Additional Claim Terms to the Court for Claim Construction.

The Court emphasized that each patent in dispute must be construed as a whole. Further, the Court stated the parties may call other terms to the Court's attention at a later date if necessary.

Accordingly, the Motion is DENIED.

IT IS SO ORDERED.

DATED this 6 day of May, 2021.

Bruce S. Jenkins
United States Senior District Judge