Jared J. Braithwaite (UT State Bar No. 12455)
  jbraithwaite@mabr.com
Daniel R. Barber (UT State Bar No. 15993)
  dbarber@mabr.com
Alexis K. Juergens (UT State Bar No. 16861)
  ajuergens@mabr.com
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
(801) 297-1850

Attorneys for Defendant Cloward H2O LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **Crystal Lagoons U.S. Corp.**, and **Crystal Lagoons Technologies, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Cloward H2O LLC**, <br><br> Defendant. | Civil No. 2:19-cv-00796-BSJ <br><br> **Cloward H2O LLC's Claim Construction Appendix** <br><br> District Judge Bruce S. Jenkins |

Pursuant to LPR 4.2(b), Defendant Cloward H2O LLC respectfully submits this separate appendix to its claim construction brief containing other supporting materials in addition to those found in the parties' Joint Appendix.

| Document | Page Nos. |
|---|---|
| Excerpts of Final Design Plans for the Hard Rock Lagoon | 1–10 |
| Excerpts from the American Heritage Dictionary (4th ed. 2000) | 11–15 |
| Utah Admin. Code R392-302-10 | 16–18 |
| 25 Texas Admin Code § 264.182 | 19–33 |
| U.S. Patent No. 4,640,784 to Peter Cant ("Cant Prior Art") | 34–44 |
| Response to Restriction Requirement, dated December 16, 2009, from the File Wrapper of the application for U.S. Patent No. 7,820,055 | 45–48 |
| Originally Filed Claims, dated June 25, 2007, from the File Wrapper of the application for U.S. Patent No. 7,820,055. | 49–53 |

Dated: May 24, 2021.              Respectfully submitted,

                                  MASCHOFF BRENNAN

                            By:   */s/ Jared J. Braithwaite*
                                  Jared J. Braithwaite
                                  Daniel R. Barber
                                  Alexis K. Juergens

                                  Attorneys for Defendant Cloward H2O LLC



Cloward Appx 0001















① LINER BOOT DETAIL

② LAKE FLOOR INLET JET

③ LAKE SKIMMER @ BUILDING

④ SWIMMING LAKE EDGE @ DECK

⑤ HDPE PREFABRICATED SKIMMER BOX

⑥ LAKE SKIMMER DETAIL

⑦ LAKE WALL INLET JET

⑧ SWIMMING LAKE EDGE @ PLANTER 1

⑨ SWIMMING LAKE SUN SHELF EDGE

⑪ SWIMMING LAKE EDGE @ PLANTER 2

⑫ LAKE GUTTER OUTLET

SEMINOLE GAMING

HOLLYWOOD FL

Hard Rock HOTEL & CASINO

HOLLYWOOD

CLOWARD H2O

2696 N. University Ave.
Ste. 290, Provo UT 84604, USA
Tel: +1.801.375.1223
www.clowardh2o.com

PERMIT SET 10-20-2017
KJWA Job Number: 14024

ISSUED/REVISED

KEY PLAN

GENERAL DETAILS

HOLLYWOOD
EAST POOL

W5-1.18

Cloward Appx 0008



① LAKE BOTTOM DRAIN W/ 36" FIRE PROTECTION PIPE    SCALE 3/4"-1'-0"

④ LAKE FILL SENSOR    SCALE 1-1/2"-1'-0"

⑤ SWIMMING LAKE EDGE @ BUILDING    SCALE 1"-1'-0"

⑥ SHALLOW FLOOR INLET JET    SCALE 1-1/2"-1'-0"

⑦ LAKE BOTTOM DRAIN    SCALE 3/4"-1'-0"

⑧ TYP. HYDROSTATIC RELIEF VALVE INSTALLATION    SCALE 1-1/2"-1'-0"

⑨ WALL LINER ANCHOR    SCALE 3"-1'-0"

⑩ SWIMMING LAKE OVERFLOW EDGE    SCALE 1"-1'-0"

⑫ GRATE ANCHOR    SCALE 1-1/2"-1'-0"

SEMINOLE GAMING

1 SEMINOLE WAY, HOLLYWOOD, 33314

HOLLYWOOD, FL

Cloward H2O

2696 N. University Ave.
Ste. 290, Provo UT 84604, USA
Tel: +1.801.375.1223
www.clowardh2o.com

PERMIT SET 10-20-2017
KJWA Job Number: 14024

ISSUED/REVISED

| NO | DESCRIPTION | DATE |
|---|---|---|
| 1 | REVISION #1 | 04 26 18 |
| 2 | REVISION #2 | 05 24 18 |
| 3 | REVISION #3 | 08 03 18 |
| 4 | REVISION #4 | 12 10 18 |
| 7 | REVISION #7 | 05 17 19 |

KEY PLAN

GENERAL DETAILS

HOLLYWOOD
EAST POOL

W5-1.19



① SOUTH WATERFALL BASIN EDGE TYPE 3   SCALE 1"-1'-0"
② SOUTH WATERFALL BASIN EDGE TYPE 4   SCALE 1"-1'-0"
③ SOUTH WATERFALL BASIN EDGE TYPE 5   SCALE 1"-1'-0"
④ BATON STRIP DETAIL   SCALE 1"-1'-0"

⑤ LAKE EDGE WITH EQUALIZER LINE   SCALE 1"-1'-0"
⑥ LAKE INLET BOX   SCALE 1"-1'-0"
⑦ LAKE INLET BOX   SCALE 1"-1'-0"
⑧ LAKE WATERFALL EDGE @ BUILDING   SCALE 1"-1'-0"

⑨ LAKE WATERFALL BASIN 2 EDGE @ PLANTER   SCALE 1"-1'-0"
⑩ SWIM LAKE EDGE @ WOOD DECK   SCALE 1"-1'-0"
⑪ SWIM LAKE SKIMMER AT DECK   SCALE 3/4"-1'-0"
⑫ LAKE SHELL/LINER TRANSITION   SCALE 1"-1'-0"

SEMINOLE GAMING
1 SEMINOLE WAY, HOLLYWOOD FL 33314
HOLLYWOOD, FL

HARD ROCK HOTEL & CASINO
SEMINOLE

Cloward H2O
2696 N. University Ave,
Ste. 290, Provo UT 84604, USA
Tel: +1.801.375.1223
www.clowardh2o.com

PERMIT SET 10-20-2017
KJWA Job Number: 14024

ISSUED/REVISED
| NO | DESCRIPTION | DATE |
|----|-------------|------|
| | REVISION #1 | 04.28.18 |
| | REVISION #2 | 05.24.18 |
| | REVISION #3 | 09.03.18 |
| | REVISION #4 | 12.10.18 |
| | REVISION #7 | 05.17.19 |

KEY PLAN

GENERAL DETAILS

HOLLYWOOD
EAST POOL

W5-1.21

Cloward Appx 0010

# *The*

# AMERICAN

# HERITAGE®

# *dic·tion·ar·y*

*of*

# THE ENGLISH LANGUAGE





*f o u r t h   e d i t i o n*

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
   p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
   1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

                          00-025369

Manufactured in the United States of America

port de bras | portrait



porte-cochère



Cole Porter



portico
Chiswick House, London;
designed by Lord Burlington
(1694–1753)

**port de bras** (pôrˈ də bräˈ) *n.* The technique or practice of positioning and moving the arms in ballet.

**Port du Sa•lut** (pôrtˈ də sä-lōōˈ, pôrtˈ, pôrˈ dü sä-lüˈ) *n.* Variant of Port Salut.

**Porte** (pôrt, pōrt) *n.* The government of the Ottoman Empire. [French, short for *la Sublime Porte*, the High Gate, from Old French *porte*, gate. See PORT³.]

**porte bouquet** (pôrt, pōrt) *n.* See bouquetier. [French : *porter*, to carry, hold + *bouquet*, bouquet.]

**porte-co•chère** or **porte-co•chere** (pôrtˈkō-shârˈ, pōrtˈ-) *n.* 1. A carriage entrance leading through a building or wall into an inner courtyard. 2. A roofed structure covering a driveway at the entrance of a building to provide shelter while entering or leaving a vehicle. [French *porte cochère* : *porte*, door + *cochère*, for coaches.]

**Port Elizabeth** A city of southeast South Africa on an inlet of the Indian Ocean. It grew rapidly after the completion of the railroad to Kimberley in 1873. Population: 303,353.

**por•tend** (pôr-tĕndˈ, pōr-) *tr.v.* **-tend•ed, -tend•ing, -tends** 1. To serve as an omen or a warning of; presage: *black clouds that portend a storm.* 2. To indicate by prediction; forecast: *leading economic indicators that portend a recession.* [Middle English *portenden*, from Latin *portendere.* See ten- in Appendix I.]

**por•tent** (pôrˈtĕntˈ, pōrˈ-) *n.* 1. An indication of something important or calamitous about to occur; an omen. 2. Prophetic or threatening significance: *signs full of portent.* 3. Something amazing or marvelous; a prodigy. [Latin *portentum*, from neuter past participle of *portendere*, to portend. See PORTEND.]

**por•ten•tous** (pôr-tĕnˈtəs, pōr-) *adj.* 1. Of the nature of or constituting a portent; foreboding: *"The present aspect of society is portentous of great change"* (Edward Bellamy). 2. Full of unspecifiable significance; exciting wonder and awe: *"Such a portentous and mysterious monster roused all my curiosity"* (Herman Melville). 3. Marked by pompousness; pretentiously weighty. —**por•ten′tous•ly** *adv.* —**por•ten′tous•ness** *n.*

**por•ter¹** (pôrˈtər, pōrˈ-) *n.* 1. A person employed to carry burdens, especially an attendant who carries travelers' baggage at a hotel or transportation station. 2. A railroad employee who waits on passengers in a sleeping car or parlor car. 3. A maintenance worker for a building or institution. [Middle English *portour*, from Anglo-Norman, from Late Latin *portātor*, from Latin *portāre*, to carry. See per-² in Appendix I.]

**por•ter²** (pôrˈtər, pōrˈ-) *n.* Chiefly British One in charge of a gate or door. [Middle English, from Anglo-Norman, from Late Latin *portārius*, from Latin *porta*, gate. See per-² in Appendix I.]

**por•ter³** (pôrˈtər, pōrˈ-) *n.* A dark beer resembling light stout, made from malt browned or charred by drying at a high temperature. [Short for *porter's ale.*]

**Por•ter** (pôrˈtər, pōrˈ-), Cole Albert 1891?–1964. American composer and lyricist remembered for his witty and sophisticated Broadway scores for musicals such as *Anything Goes* (1929).

**Porter,** Edwin Stanton 1869–1941. American filmmaker whose works include the first edited film, *The Life of an American Fireman* and *The Great Train Robbery* (both 1903).

**Porter,** Katherine Anne 1890–1980. American writer known for her carefully crafted short stories as well as her novel *Ship of Fools* (1962). She won a Pulitzer Prize for her *Collected Stories* (1965).

**Porter,** Rodney Robert 1917–1985. British biochemist. He shared a 1972 Nobel Prize for research on the chemical structure and nature of antibodies.

**Porter,** William Sydney Pen name O. Henry 1862–1910. American writer whose short stories are collected in a number of volumes, including *Cabbages and Kings* (1904) and *The Four Million* (1906).

**por•ter•age** (pôrˈtər-ĭj, pōrˈ-) *n.* 1. The carrying of burdens or goods as done by porters. 2. The charge for this activity.

**por•ter•ess** (pôrˈtər-ĭs, pōrˈ-) *n.* Variant of portress.

**por•ter•house** (pôrˈtər-housˈ, pōrˈ-) *n.* 1. A cut of beef taken from the thick end of the short loin, having a T-bone and a sizable piece of tenderloin. Also called porterhouse steak. 2. *Archaic* An alehouse or chophouse.

**port•fo•li•o** (pôrt-fōˈlē-ōˈ, pōrt-) *n., pl.* **-os** 1a. A portable case for holding material, such as loose papers, photographs, or drawings. b. The materials collected in such a case, especially when representative of a person's work: *a photographer's portfolio; an artist's portfolio of drawings.* 2. The office or post of a cabinet member or minister of state. 3. A group of investments held by an investor, investment company, or financial institution. [Italian *portafoglio* : *porta-*, from *portare*, to carry (from Latin *portāre*; see per-² in Appendix I) + *foglio*, sheet (from Latin *folium*, leaf; see bhel-³ in Appendix I).]

**Port Har•court** (härˈkərt) A city of southern Nigeria in the Niger River delta southeast of Ibadan. Population: 288,900.

**port•hole** (pôrtˈhōlˈ, pōrtˈ-) *n.* 1. *Nautical* A small, usually circular window in a ship's side. 2. An opening in a fortified wall; an embrasure.

**Port Huron** A city of southeast Michigan on Lake Huron at the mouth of the St. Clair River north-northeast of Detroit. First settled as a French fort in 1686, it grew as a lumbering town in the 19th century and is now a port of entry with diversified industries. Population: 33,694.

**Por•tia** (pôrˈshə, pōrˈ-) *n.* The satellite of Uranus that is seventh in distance from the planet. [After *Portia*, rich heiress in *The Merchant of Venice* by William Shakespeare.]

**Por•ti•ci** (pôrˈtē-chēˈ) A city of south-central Italy, a residential and resort suburb of Naples on the Bay of Naples. Population: 79,259.

**por•ti•co** (pôrˈtĭ-kōˈ, pōrˈ-) *n., pl.* **-coes** or **-cos** A walk-

way with a roof supported by columns, often leading to the entrance of a building. [Italian, from Latin *porticus*, from *porta*, gate. See per-³ in Appendix I.] —**por′ti•coed′** *adj.*

**por•tière** or **por•tiere** (pôr-tyârˈ, pōr-) *n.* A heavy curtain hung across a doorway. [French, feminine of *portier*, porter, from Old French, from Late Latin *portārius*, from Latin *porta*, gate. See per-³ in Appendix I.]

**por•tion** (pôrˈshən, pōrˈ-) *n.* 1. A section or quantity within a larger thing; a part of a whole. 2. A part separated from a whole. 3. a. A part that is allotted to a person or group, as a helping of food. b. The part of an estate received by an heir. c. A woman's dowry. 4. A person's lot or fate. ❖ *tr.v.* **-tioned, -tion•ing, -tions** 1. To divide into parts or shares for distribution; parcel. 2. To provide with a share, inheritance, or dowry. [Middle English, from Old French, from Latin *portiō, portiōn-.* See per-² in Appendix I.] —**por′tion•a•ble** *adj.* —**por′tion•er** *n.* —**por′tion•less** *adj.*

**Port•land** (pôrtˈlənd, pōrtˈ-) 1. A city of southwest Maine on an arm of the Gulf of Maine south of Lewiston. Settled c. 1632, it became a commercial center in the 17th century and was state capital from 1820 to 1832. It is the largest city in the state. Population: 64,348. 2. The largest city of Oregon, in the northwest part of the state on the Willamette River near its junction with the Columbia River. Founded in 1845, it grew as a lumber-exporting port and supply point for the California and Alaska goldfields. Population: 437,319. —**Port′land•er** *n.*

**Portland cement** or **portland cement** *n.* A hydraulic cement made by heating a limestone and clay mixture in a kiln and pulverizing the resulting material. [After *Portland*, an urban district of southern England.]

**Port Lou•is** (lōōˈĭs, lōōˈē, lōō-ēˈ) The capital and largest city of Mauritius, in the northwest part of the island on the Indian Ocean. It was founded c. 1735. Population: 143,509.

**port•ly** (pôrtˈlē, pōrtˈ-) *adj.* **-li•er, -li•est** 1. Comfortably stout; corpulent. See synonyms at fat. 2. *Archaic* Stately; majestic; imposing. [From PORT¹.] —**port′li•ness** *n.*

**port•man•teau** (pôrt-mănˈtō, pōrt-, pôrtˈmăn-tōˈ, pōrtˈ-) *n., pl.* **-teaus** or **-teaux** (-tōz, -tōzˈ) A large leather suitcase that opens into two hinged compartments. ❖ *adj.* General or generalized: *a portmanteau description; portmanteau terms.* [French *portemanteau* : *porte-*, from *porter*, to carry (from Old French; see PORT¹) + *manteau*, cloak (from Old French *mantel*, from Latin *mantellum*).]

**portmanteau morph** *n.* A word or part of a word that is analyzable as consisting of more than one morpheme without a clear boundary between them, as French *du* "of the" from *de* "of" and *le* "the."

**portmanteau word** *n.* A word formed by merging the sounds and meanings of two different words, as *chortle*, from *chuckle* and *snort.*

**Port Mores•by** (môrzˈbē, mōrzˈ-) The capital and largest city of Papua New Guinea, on southeast New Guinea and the Gulf of Papua. It was named for the British explorer Capt. John Moresby (1830–1922), who landed here in 1873, and occupied by the British after 1888. Population: 173,500.

**Por•to** or **Pôr•to** (pōrˈtōō) See Oporto.

**Pôr•to A•le•gre** (ə-lĕˈgrə) A city of southeast Brazil at the northern end of a large lagoon near the Atlantic Ocean. It was founded c. 1742 by emigrants from the Azores. Population: 1,263,239.

**por•to•bel•lo** (pôrˈtə-bĕlˈō, pōrˈ-) or **por•ta•bel•la** (-bĕlˈə) or **por•to•bel•la** (-bĕlˈə) *n., pl.* **-los** or **-las** A mature, very large cremini mushroom. [Origin unknown.]

**port of call** *n., pl.* **ports of call** A port where ships dock in the course of voyages to load or unload cargo, obtain supplies, or undergo repairs.

**port of entry** *n., pl.* **ports of entry** A place where travelers or goods may enter or leave a country under official supervision.

**Por•to•fi•no** (pôrˈtə-fēˈnō, -tō-) A town of northwest Italy on the coast of the Ligurian Sea east of Genoa. It is a popular tourist resort. Population: 742.

**Port of Spain** or **Port-of-Spain** (pôrtˈəv-spānˈ, pōrtˈ-) The capital of Trinidad and Tobago, on the northwest coast of Trinidad on an arm of the Atlantic Ocean. It is a commercial center and major port. Population: 50,878.

**Por•to-No•vo** (pôrˈtō-nōˈvō, pōrˈ-) The capital of Benin, in the southeast part of the country on an inlet of the Gulf of Guinea. Probably founded in the 16th century, it was settled as a slave-trading center by the Portuguese in the 17th century. Population: 179,138.

**Port Orange** A city of northeast Florida on the Atlantic coast southeast of Daytona Beach. Population: 35,317.

**Port Or•ford cedar** (ôrˈfərd) *n.* A tall evergreen coniferous tree (*Chamaecyparis lawsoniana*) native to southwest Oregon and northwest California, having drooping flattened branches and opposite scalelike leaves with white markings. [After *Port Orford*, a town of southwest Oregon.]

**Pôr•to Ve•lho** (vĕlˈyōō) A city of northwest Brazil on the Madeira River near the Bolivian border. Its economy is based on rubber and Brazil nuts. Population: 286,471.

**Por•to•vie•jo** (pôrˈtō-vyäˈhō, -vyĕˈ-) A city of western Ecuador north-northwest of Guayaquil. Founded c. 1535 near the Atlantic coast, it was moved to its present site in the 17th century. Population: 132,937.

**Port Phil•lip Bay** (fĭlˈəp) A large deep-water inlet of Bass Strait on the southeast coast of Australia. It was first explored in 1835.

**por•trait** (pôrˈtrĭt, -trātˈ, pōrˈ-) *n.* 1. A likeness of a person, especially one showing the face, that is created by a painter or photographer, for example. 2. A verbal picture or description, especially of a person. ❖ *adj.* Of or relating to the orientation of a page such that the

Cloward Appx 0013

**walk-through** (wŏk′thrōō′) *n.* **1.** A brief rehearsal, as of a play or role, performed usually in an early stage of production. **2.** A television rehearsal during which no cameras are used. **3.** A thorough demonstration or explanation that details each step of a process.

**walk•up** also **walk-up** (wŏk′ŭp′) *n.* **1.** An apartment house or office building with no elevator. **2.** An apartment or office in a building with no elevator.

**walk•way** (wŏk′wā′) *n.* A passage or path for walking.

**Wal•kyr•ie** (văl-kîr′ē, -kĭr′ē, vāl-, wăl′kə-rē, văl′-) *n.* Variant of Valkyrie.

**walk•y-talk•y** (wŏ′kē-tô′kē) *n.* Variant of walkie-talkie.

**wall** (wŏl) *n.* **1.** An upright structure of masonry, wood, plaster, or other building material serving to enclose, divide, or protect an area, especially a vertical structure forming an inner partition or exterior siding of a building. **2.** A continuous structure of masonry or other material forming a rampart and built for defensive purposes. Often used in the plural. **3.** A structure of stonework, cement, or other material built to retain a flow of water. **4a.** Something resembling a wall in appearance, function, or construction, as the exterior surface of a body organ or part: *the abdominal wall.* **b.** Something resembling a wall in impenetrability or strength: *a wall of silence; a wall of fog.* **c.** An extreme or desperate condition or position, such as defeat or ruin: *driven to the wall by poverty.* **5.** *Sports* The vertical surface of an ocean wave in surfing.  ❖ *tr.v.* **walled, wall•ing, walls 1.** To enclose, surround, or fortify with or as if with a wall: *wall up an old window.* See synonyms at **enclose. 2.** To divide or separate with or as if with a wall. Often used with *off: planned to wall off half a room.* **3.** To confine or seal behind a wall; immure: *"I determined to wall [the body] up in the cellar"* (Edgar Allan Poe). **4.** To block or close (an opening or passage, for example) with or as if with a wall. —*idioms:* **off the wall** *Slang* **1.** Extremely unconventional. **2.** Without foundation; ridiculous: *an accusation that is really off the wall.* **up the wall** *Slang* Into a state of extreme frustration, anger, or distress: *tensions that are driving me up the wall.* **writing** (or **handwriting**) **on the wall** An ominous indication of the course of future events: *saw the writing on the wall and fled the country.* [Middle English, from Old English *weall*, from Latin *vallum*, palisade, from *vallus*, stake.] —**wall′less** *adj.*

**wal•la** (wŏl′ə, wôl′ə) *n.* Variant of **wallah.**

**wal•la•by** (wŏl′ə-bē) *n., pl.* **-bies** or **wallaby** Any of various marsupials of the genus *Wallabia* and related genera, of Australia and adjacent islands, related to the kangaroos but generally smaller and often having a colorful coat. [Dharuk *walaba.*]

**Wal•lace** (wŏl′ĭs), **Alfred Russel** 1823–1913. British naturalist who developed a concept of evolution that paralleled the work of Charles Darwin. His works include *The Geographical Distribution of Animals* (1876).

**Wallace, De Witt** 1889–1981. American publisher who with his wife Lila Bell Acheson Wallace (1889–1984) founded *Reader's Digest* in 1922.

**Wallace, George Corley** 1919–1998. American politician. A three-time governor of Alabama (1963–1967, 1971–1979, and 1983–1987), he first came to national attention as an outspoken segregationist. Wallace ran unsuccessfully for the presidency in 1968 and 1972.

**Wallace, Henry Agard** 1888–1965. Vice President of the United States (1941–1945) under Franklin D. Roosevelt. He ran for President in 1948 on the Progressive Party ticket.

**Wallace, Lewis** Known as "Lew." 1827–1905. American general, diplomat, and writer known especially for his novel *Ben Hur* (1880).

**Wallace, Sir William** 1272?–1305. Scottish patriot who led resistance against the English and briefly gained control of Scotland in 1298.

**Wal•la•chi•a** also **Wa•la•chi•a** (wə-lā′kē-ə, wŏ-) A historical region of southeast Romania between the Transylvanian Alps and the Danube River. Founded as a principality c. 1290, it was ruled by Turkey from 1387 until it was united with Moldavia to form Romania (1861). —**Wal•la′chi•an** *adj. & n.*

**wal•lah** also **wa•la** (wä′lə, wôl′ə) *n.* **1.** One employed in a particular occupation or activity: *a kitchen wallah; rickshaw wallahs.* **2.** An important person in a particular field or organization: *"the Ritz, a favorite haunt of Republican wallahs"* (John Robinson). [From Hindi *-vālā*, pertaining to, connected with.]

**wal•la•roo** (wŏl′ə-rōō′) *n., pl.* **-roos** or **wallaroo** A large kangaroo (*Macropus robustus*) having reddish or gray fur and living in the hilly regions of Australia. [Dharuk *walaru.*]

**wall•board** (wŏl′bôrd′, -bōrd′) *n.* See **plasterboard.**

**wall creeper** *n.* A long-billed crimson and gray Old World bird (*Tichodroma muraria*), of alpine regions, that feeds on insects on rocky cliffs.

**Wal•len•stein** (wŏl′ən-stīn′, väl′ən-shtīn′), **Albrecht Eusebius Wenzel von.** Duke of Friedland and Mecklenburg. 1583–1634. Austrian military leader who fought for the Hapsburgs during the Thirty Years' War (1618–1648).

**Wal•ler** (wŏl′ər), **Edmund** 1606–1687. English poet known for his harmonious love lyrics, including "Go, Lovely Rose" (1645).

**Waller, Thomas Wright** Known as "Fats." 1904–1943. American jazz musician and composer whose many songs include "Honeysuckle Rose" and "Ain't Misbehaving" (both 1929).

**wal•let** (wŏl′ĭt) *n.* **1.** A flat pocket-sized folding case, usually made of leather, for holding paper money, cards, or photographs; a billfold. [Middle English *walet*, knapsack, possibly from Old North French *walet*, roll, knapsack. See **wel-²** in Appendix I.]

**wall•eye** (wŏl′ī′) *n.* **1.** *pl.* **walleye** or **-eyes** A freshwater food and game fish (*Stizostedion vitreum*) of North America, having large staring eyes. Also called *dory, walleyed pike.* See *wall-eye*.



**wallaby**
wallaby with joey in pouch

with exotropia. Often used in the plural. **3.** An eye with a light-colored iris or white or opaque cornea. [Back-formation from WALLEYED.]

**wall•eyed** (wŏl′īd′) *adj.* **1.** Affected with exotropia. **2a.** Having large bulging eyes, as some fish. **b.** Having eyes wide-open and staring, as in anger. **3.** Having an eye with a light-colored iris or white or opaque cornea. **4.** *Slang* Intoxicated; drunk. [Middle English *wawileyed*, from Old Norse *vagl-eygr : vagl*, film over the eye; see **wegh-** in Appendix I + *auga*, eye; see **okʷ-** in Appendix I.]

**walleyed pike** *n.* See walleye (sense 1).

**walleyed pollack** *n.* A food fish (*Theragra chalcogramma*) of the northern Pacific related to the pollack.

**wall fern** *n.* A low-growing Eurasian fern (*Polypodium vulgare*) characterized by creeping stems that form dense mats.

**wall•flow•er** (wŏl′flou′ər) *n.* **1a.** Any of numerous herbs of the genus *Erysimum* of the mustard family, having fragrant yellow, orange, or brownish flowers. **b.** Any of several perennial herbs of the genus *Cheiranthus*, especially *C. cheiri.* **2.** One who does not participate in the activity at a social event because of shyness or unpopularity. **3.** A security, company, or industry that is out of favor with investors.

**Word History** The sweet-smelling flowers of *Cheiranthus cheiri* came to be called *wallflowers* because they often grow on old walls, rocks, and quarries. The plant name is first recorded in 1578. It is not known who first made the comparison between these delicate flowers and the unpartnered women sitting along the wall at a dance, but the figurative sense is first found in a 1820 work by Mrs. Campbell Praed entitled *County Ball.* Although originally used to describe women at dances, the word is now applied to men as well and used in situations remote from a ballroom.

**wall hanging** *n.* A flat decorative object, such as a tapestry, rug, or antique map, hung against a wall.

**Wal•ling•ford** (wŏl′ĭng-fərd) A town of southern Connecticut north-northeast of New Haven. It is a residential and industrial center. Population: 40,822.

**Wal•lis and Futuna Islands** (wŏl′ĭs) A French overseas territory consisting of two groups of islands in the southwest Pacific Ocean west of Samoa and northeast of Fiji. Controlled by the French from 1842, the islands became an overseas territory in 1961.

**Wal•lo•ni•a** (wŏ-lō′nē-ə) A French-speaking region of southern Belgium. It was granted limited autonomy in 1980.

**Wal•loon** (wŏ-lōōn′) *n.* **1.** One of a French-speaking people of Celtic descent inhabiting southern and southeast Belgium and adjacent regions of France. **2.** The dialect of French spoken by this people. [French *Wallon*, from Old French, of Germanic origin.]

**wal•lop** (wŏl′əp) *Informal v.* **-loped, -lop•ing, -lops** —*tr.* **1.** To beat soundly; thrash. **2.** To strike with a hard blow. **3.** To defeat thoroughly. —*intr.* **1.** To move in a rolling, clumsy manner; waddle. **2.** To boil noisily. Used of a liquid.  ❖ *n.* **1.** A hard or severe blow. **2a.** The ability to strike a powerful blow: *has a punch that delivers a wallop.* **b.** The capacity to create a forceful effect: *"Therein lies the novel's emotional wallop and moral message"* (George F. Will). [Middle English *walopen*, to gallop, from Old North French *waloper.* See **wel-¹** in Appendix I.] —**wal′lop•er** *n.*

**wal•lop•ing** (wŏl′ə-pĭng) *Informal adj.* **1.** Very large; huge: *a walloping fish.* **2.** Very fine; impressive: *a walloping success.*  ❖ *adv.* Used as an intensive: *a walloping huge lie.*  ❖ *n.* A sound thrashing or defeat.

**wal•low** (wŏl′ō) *intr.v.* **-lowed, -low•ing, -lows 1.** To roll the body about indolently or clumsily in or as if in water, snow, or mud. **2.** To luxuriate; revel: *wallow in self-righteousness.* **3.** To be plentifully supplied: *wallowing in money.* **4.** To move with difficulty in a clumsy or rolling manner; flounder: *"The car wallowed back through the slush, with ribbons of bright water trickling down the windshield from the roof"* (Anne Tyler). **5.** To swell or surge forth; billow.  ❖ *n.* **1.** The act or an instance of wallowing. **2a.** A pool of water or mud where animals go to wallow. **b.** The depression, pool, or pit produced by wallowing animals. **3.** A condition of degradation or baseness. [Middle English *walowen*, from Old English *wealwian.* See **wel-²** in Appendix I.] —**wal′low•er** *n.*

**Wal•low•a Mountains** (wä-lou′ə) A range of mountains in northeast Oregon rising to 3,013.4 m (9,880 ft) at Sacajawea Peak.

**wall•pa•per** (wŏl′pā′pər) *n.* **1.** Paper often colored and printed with designs and pasted to a wall as a decorative covering. **2.** *Computer Science* A picture or design covering the background of a display screen.  ❖ *v.* **-pered, -per•ing, -pers** —*tr.* To cover with or as if with wallpaper. —*intr.* To decorate a wall or room with wallpaper.

**wall plate** *n.* **1.** A horizontal timber situated along the top of a wall at the level of the eaves for bearing the ends of joists or rafters. **2.** A plate used to attach a bracket or similar device to a wall.

**wall plug** *n.* An electric socket, usually located in a wall, that is connected to and used as a source of electric power.

**wall rock** *n.* The rock that forms the walls of a vein or lode.

**wall rue** *n.* A small, delicate fern (*Asplenium ruta-muraria*) that grows on rocks or in rocky crevices.

**Wall Street** (wŏl) *n.* The controlling financial interests of the United States. [After *Wall Street* in New York City.] —**Wall′-Street′er** (wŏl′-strē′tər) *n.*

**wall-to-wall** (wŏl′tə-wŏl′) *adj.* **1.** Completely covering a floor: *wall-to-wall carpeting.* **2.** *Informal* **a.** Present or spreading throughout an entire area: *wall-to-wall people at the reception.* **b.** Found everywhere or including everything; pervasive: *wall-to-wall luxury.*  ❖ *n.* A carpet that completely covers a floor.

**wal•ly•ball** (wŏl′ē-bôl′) *n.* A game similar to volleyball played on a

Cloward Appx· 0014



*The*
# AMERICAN HERITAGE®
# dic·tion·ar·y
## OF THE ENGLISH LANGUAGE
*fourth edition*

## No other dictionary offers you more ways to learn about our language.

- New and updated usage guidance from our renowned Usage Panel of over 200 experts

- More than 450 new and revised Usage Notes with authoritative guidance on issues of grammar and style

- 10,000 new words and senses

- Revised Appendix of Indo-European Roots

- All-new Appendix of Semitic Roots

- Informative and up-to-date biographical and geographical entries

- Over 150 innovative notes on regionalisms and language variation

- 4,000 full-color photographs, illustrations, and maps

## The American Heritage® Dictionary. Setting a New Standard.

UPC
H-25100



0  46442 82517  7

ISBN 0-395-82517-2    EAN
90000>



9 780395 825174

Cloward Appx 0015

 KeyCite Yellow Flag - Negative Treatment

Utah Administrative Code
  Health (Titles R380-R448)
    Title R392. Health, Disease Control and Prevention, Environmental Services.
    Rule R392-302. Design, Construction and Operation of Public Pools.

U.A.C. R392-302-10
Formerly cited as UT ADC R392-302

R392-302-10. Walls.

Currentness

(1) Pool walls must be vertical or within plus three degrees of vertical to a depth of at least two feet and nine inches.

(2) Walls shall transition from wall to floor using a radius or an angle.

(3) When a radius is used as the transition from wall to floor, the radius shall meet the following requirements:

(a) At water depths of 3 ft. or less, a transitional radius from wall to floor shall not exceed 6 in. and shall be tangent to the wall and may be tangent to or intersect the floor.

(b) At water depth between 3 ft. to 5 ft. the maximum transitional radius from wall to floor shall be determined by calculating the radius as it varies progressively from a maximum 6 inch radius at a 3 foot depth to a maximum of 2 feet radius at 5 feet of depth.

(c) At water depth greater than 5 feet the maximum transitional radius from wall to floor shall be equivalent to the water depth of the pool less 3 feet.

(4) When an angle is used as the transition from wall to floor, the angle shall meet the following requirements:

(a) At water depths of 3 ft. or less, a transitional angle from wall to floor shall start maximum 3 inches above the floor and shall intersect the floor at an angle equal to or steeper than 45 degrees from horizontal.

(b) At water depth between 3 ft. to 5 ft. the transitional angle from wall to floor shall vary progressively starting at a maximum of 3 inches above the floor at a 3 foot depth to a maximum of 18 inches above the floor at the 5 foot depth and shall intersect the floor at an angle equal to or steeper than 45 degrees from horizontal.

(c) At water depths greater than 5 feet the transitional angle from wall to floor shall be equivalent to the water depth of the pool less 3 feet 6 inches and shall intersect the floor at an angle:

Cloward Appx 0016

(i) equal to or steeper than 45 degrees from horizontal; or

(ii) equal to or a shallower angle than the 1:3 floor slope required in R39-302-9(1)(b) for these areas.

(5) All outside corners created by adjoining walls or floor shall be rounded or chamfered to eliminate sharp corners to be easily cleanable.

(6) Underwater ledges are prohibited except when approved by the local health officer for a special purpose pool. Underwater ledges are prohibited in areas of a pool designed for diving. Where underwater ledges are allowed, a line must mark the extent of the ledge within 2 inches, 5.08 centimeters, of its leading edge. The line must be at least 2 inches, 5.08 centimeters, in width and in a contrasting dark color for maximum visual distinction.

(7) Underwater seats and benches are allowed in pools so long as they conform to the following:

(a) Seats and benches shall be located completely inside of the shape of the pool. Where seats and benches are not located on the perimeter walls of the pool, seats and benches shall have a wall on the back of the seats and benches that extend above the operating level of the pool and is clearly visible to users.

(b) The horizontal surface shall be a maximum of 20 inches, 51 centimeter, below the water line;

(c) An unobstructed surface shall be provided that is a minimum of 10 inches, 25 centimeters, and a maximum of 20 inches front to back, and a minimum of 24 inches, 61 centimeters, wide;

(d) Seats and benches shall not transverse a depth change of more than 24 inches, 61 centimeters;

(e) The minimum horizontal separation between sections of seats and benches shall be five feet, 1.52 meters.

(f) The pool wall under the seat or bench shall be flush with the leading edge of the seat or bench and meet the requirements of R392-302-10(1) and (2);

(g) Seats and benches may not replace the stairs or ladders required in R392-302-12, but are allowed in conjunction with pool stairs;

(h) Underwater seats may be located in the deep area of the pool where diving equipment (manufactured or constructed) is installed, provided they are located outside of the minimum water envelope for diving equipment; and

(i) A line must mark the extent of the seat or bench within 2 inches, 5.08 centimeters, of its leading edge. The line must be at least 2 inches, 5.08 centimeters, in width and in a contrasting dark color for maximum visual distinction.

Cloward Appx 0017

(8) Recessed footholds are allowed so long as they are at least four feet, 1.21 meters, under water and meet the requirements of R392-302-12(5)(b) and (c).

KEY: pools, spas, swimming, water

**Credits**

Date of Enactment or Last Substantive Amendment: May 24, 2018; amended eff. Feb. 26, 2020

Notice of Continuation: November 7, 2016

Authorizing, Implemented, or Interpreted Law: UT ST 26-1-5; UT ST 26-1-30; UT ST 26-15-2

Current through rules published in the Utah State Bulletin Number 2021-7, April 1, 2021. Some sections may be more current, see credits for details.

Utah Admin. R392-302-10, UT ADC R392-302-10

---

**End of Document** © 2021 Thomson Reuters. No claim to original U.S. Government Works.

Cloward Appx 0018

---

Texas Administrative Code
   Title 25. Health Services
      Part 1. Department of State Health Services
         Chapter 265. General Sanitation
            Subchapter L. Standards for Public Pools and Spas

This section has been updated. Click here for the updated version.

25 TAC § 265.182

## § 265.182. Definitions

The following words and terms when used in this chapter shall have the following meanings unless the context clearly indicates otherwise.

(1) Above-ground pool or spa--A removable pool or spa of any shape that is located on the surrounding earth or a pool or spa package located in an excavation below the ground level that may be readily disassembled or stored and reassembled.

(2) Actual water level--The water level at any particular point in time, which may vary with specific conditions such as rainfall or number of users. (See definition (47) "Design water level" and (88) "Operating water level range".)

(3) Algae--Microscopic plant-like organisms that contain chlorophyll and include green, blue-green or black brown, and yellow-green (mustard) algae.

(4) Algaecide--A natural or synthetic substance used for killing, destroying, or controlling algae.

(5) Alkalinity--The amount of bicarbonate, carbonate or hydroxide compounds present in water solution. (See definition (143) "Total alkalinity".)

(6) Approved cover or approved drain cover--A suction outlet drain cover that meets the requirements of § 265.190(c)(1) of this title (relating to Suction Outlets and Return Inlets at Post-10/01/99 and Pre-10/01/99 Pools and Spas).

(7) Approved grate--A suction outlet grate that meets the requirements of § 265.190(c)(2) of this title.

(8) ACI--American Concrete Institute, P.O. Box 9094, Farmington Hills, Michigan 48333-9094, telephone (248) 848-3800.

(9) ANSI--American National Standards Institute, 25 West 43rd Street (4th Floor), New York, New York 10036, telephone (212) 642-4900.

(10) ANSI/NSPI-1 1991--American National Standards Institute and National Spa and Pool Institute Standards for Public Swimming Pools adopted in 1991.

(11) ANSI/NSPI-2 1992--American National Standards Institute and National Spa and Pool Institute Standards for Public Spas adopted in 1992.

(12) ARC--American Red Cross, 8111 Gatehouse Road, Falls Church, Virginia 22042, telephone (703) 206-6000.

(13) ASHRAE--American Society of Heating, Refrigeration and Air-Conditioning Engineers, Inc., 1791 Tullie Circle NE, Atlanta, Georgia 30329-2305, telephone (800) 527-4723.

(14) ASME--American Society of Mechanical Engineers, 22 Law Drive, P.O. Box 2900, Fairfield, New Jersey 07007-2900, telephone (800) 843-2763.

(15) ASPSA--American Swimming Pool and Spa Association, 1108 Little River Dr., Elizabeth City, North Carolina 27909, telephone (252) 331-2301.

(16) ASTM--American Society of Testing Materials, 100 Barr Harbor Drive, West Conshohocken, Pennsylvania 19428-2959, telephone (610) 832-9500.

(17) Available chlorine--Rating of chlorine containing products for total oxidizing power. (See definition (62) "Free available chlorine".)

(18) AVS--An atmospheric vent system, as described in § 296.190(d)(3)(A) of this title for minimizing risk of entrapment.

(19) Backwash--The process of cleansing the filter medium and/or elements by the reverse flow of water through the filter.

(20) Backflow prevention device--A device that is designed to prevent a physical connection between a potable water system and a non-potable source such as a pool or spa, or a physical connection between a pool or spa and a sanitary sewer or wastewater disposal system. (See definition (41) "Cross-connection control device".)

(21) Bacteria--Single-celled microorganisms of various forms, some of which cause infections or disease.

(22) Beginner's areas--Water areas that are 3 feet or less in depth in a pool.

(23) Bleeder valve--A device that allows air to be vented from a closed system. (See definition (154) "Valve".)

Cloward Appx 0020

(24) Bonded--The permanent joining of metallic parts to form an electrically conductive path that will ensure electrical continuity and the capacity to conduct safely any current likely to be imposed in order to minimize the risk of electrocution. Examples of bonding are the installation of a metal wire from a pool or spa pump to the rebar in the pool or spa wall, or interconnecting all rebar in a pool or spa wall by metal wire prior to pouring concrete in the wall.

(25) Breakpoint--The practice of adding a sufficient amount of chlorinating compound to water to destroy chlorine demand compounds and any combined chlorine, which is present. Generally, the level of chlorine added is 10 times the level of combined chlorine in the water. (See definition (132) "Super chlorination".)

(26) Breakpoint chlorination--The addition of a sufficient amount of chlorine to water to destroy the chlorine demand compounds and any combined chlorine that is present. (See definition (132) "Super chlorination".)

(27) Broken stripe--A horizontal stripe that is at least 1 inch wide with uniform breaks in the stripe, with the breaks totaling not more than 75% of the length of the stripe and stripe breaks.

(28) Bromine--A chemical element ($Br_2$) that exists as a liquid in its elemental form or as part of a chemical compound that is a biocide agent used to disinfect pool or spa water.

(29) Chemical feeder--A mechanical device for applying chemicals to pool or spa water.

(30) Chloramine--A compound formed when chlorine combines with nitrogen or ammonia that when found in significant amounts in a pool or spa, may cause eye and skin irritation and may have an objectionable odor.

(31) Chlorinator--A device to apply or to deliver a chlorine disinfectant to water at a controlled rate.

(32) Chlorine--A chemical element ($Cl_2$) that exists as a gas in its elemental form or as a part of chemical compound that is an oxidant. Chlorine is a biocide agent used to disinfect pool or spa water.

(33) Chlorine demand compounds--Organic matter, chloramines, and other such compounds that chlorine reacts with and that depletes chlorine.

(34) Chlorine Institute--Chlorine Institute, 2001 L Street North West, Suite 506, Washington, D.C. 20036-4919, telephone (202) 775-2790.

(35) Circulation equipment--The mechanical components that are a part of a circulation system on a pool or spa. Circulation equipment may include but is not limited to, categories of pumps; hair and lint strainers; filters; valves; gauges; meters; heaters; surface skimmers; inlet/outlet fittings; and chemical feeding devices. The components have separate functions, but when connected to each other by piping, perform as a coordinated system for purposes of maintaining pool or spa water in a clear, sanitary, and desirable condition for use.

WESTLAW   © 2021 Thomson Reuters. No claim to original U.S. Government Works.

(36) Circulation system--An arrangement of mechanical equipment or components, connected by piping to a pool or spa in a closed circuit. The function of a circulation system is to direct water from the pool or spa, causing it to flow through the various system components for purposes of clarifying, heating, purifying, and returning the water back to the original body of water.

(37) Combined chlorine--The portion of the total chlorine pre-10/01/99 in water in chemical combination with ammonia, nitrogen, and/or organic compounds, mostly comprised of chloramines. Combined chlorine plus free chlorine equals total chlorine.

(38) Construction date--The date that a building permit for construction of the pool or spa is issued by a municipality or, if no building permit is required, written documentation of the date that excavation or electrical service to the pool or spa begins, whichever is first.

(39) Coping--The cap on the pool or spa wall that provides a finishing edge around the pool or spa. The coping can be formed, cast in place or pre-cast, or pre-fabricated from metal or plastic materials.

(40) CPSC--United States Consumer Product Safety Commission, Washington, D.C. 20207, telephone (800) 638-2772.

(41) Cross-connection control device--A device that is designed to prevent a physical connection between a potable water system and a non-potable source such as a pool or spa, or a physical connection between a pool or spa and a sanitary sewer or wastewater disposal system. (See definition (20) "Backflow prevention device".)

(42) Cyanuric acid--A chemical that helps reduce the excess loss of chlorine in water due to the ultraviolet rays of the sun.

(43) Decks--Areas immediately adjacent to or attached to a pool or spa that are specifically constructed or installed for sitting, standing, or walking.

(44) Deep areas--Water levels in pools that are over 5 feet deep.

(45) Department--The Texas Department of Health, General Sanitation Division, 1100 West 49th Street, Austin, Texas 78756, telephone (512) 834-6635.

(46) Depth (pool or spa depth)--The vertical distance measured at 3 feet from the pool or spa wall from the bottom of the pool or spa to the design water level.

(47) Design water level--The design water level defined in either of the following ways:

(A) skimmer system--The design water level shall be at the midpoint of the operating range of the skimmers; or

(B) overflow system--The design waterline shall be at the top of the overflow rim of the gutter system.

Cloward Appx 0022

(48) DPD--A chemical testing reagent (N,N-Diethyl-P-Phenylenediamine) used to measure the levels of free chlorine or bromine in water by yielding a series of colors ranging from light pink to dark red.

(49) Disinfectant--Energy or chemicals used to kill undesirable or pathogenic (disease causing) organisms, and having a measurable residual at a level adequate to make the desired kill.

(50) Disinfectant equipment--Equipment designed to apply or deliver a disinfectant (such as chlorine or bromine) at a controlled rate.

(51) Diving board--A recreational mechanism for entering a pool, consisting of semi-rigid board that derives its elasticity through the use of a fulcrum mounted below the board.

(52) Diving equipment for competition--Competitive diving boards and fulcrum-setting diving stands intended to provide adjustment for competitive diving.

(53) Dwelling or rental dwelling--One or more rooms rented to one or more persons where a Class C pool or spa or a Class D pool is located.

(54) Effective filter area--Total surface area through which designed flow rate will be maintained during filtration.

(55) Effluent--The water that flows out of a filter, pump, or other device.

(56) Facility(ies)--The pool or spa, restrooms, dressing rooms, equipment rooms, deck, enclosure, and other appurtenances directly serving the pool or spa area.

(57) Feet of head--A basis for indicating the resistance in a hydraulic system, equivalent to the height of a column of water that would cause the same resistance (100 feet of head equals 43 pounds per square inch). The dynamic head is the sum of all resistances in a complete operating system.

(58) Filter--A device that removes undissolved particles from water by recirculating the water through a porous substance (filter media or element).

(59) Filter element--A device within a filter tank designed to entrap solids and conduct water to a manifold, collection header, pipe, or similar conduit and return it to the pool or spa. A filter element usually consists of a septum and septum support, or a cartridge.

(60) Filter media--A finely graded material (for example, sand, diatomaceous earth, polyester fabric, and anthracite) that removes filterable particles from the water.

Cloward Appx 0023

(61) Floor--The interior bottom surface of a pool or spa.

(62) Free available chlorine--That portion of the total chlorine remaining in chlorinated water that is not combined with ammonia or nitrogen compounds and that will react chemically with undesirable or pathogenic organisms. Combined chlorine plus free chlorine equals total chlorine.

(63) Handhold--A ledge, coping, rope, railing, deck, or similar construction along the immediate top edge of the pool that provides a slip-resistant surface or grip.

(64) Handrail--A railing that is intended to be gripped for resting and/or steadying a person while entering or exiting a pool or spa and that is typically part of a ladder, a set of steps, or deck-installed equipment.

(65) Hardness--The amount of calcium and magnesium dissolved in water measured by a chemical test kit and expressed as parts per million (ppm) of equivalent calcium carbonate.

(66) Heat exchanger--A device with coils, tubes or plates that absorbs heat from any fluid, liquid or air, and transfers that heat to another fluid without intermixing the fluids.

(67) Heat pump--A refrigeration compressor, usually electrically driven, that is operated in reverse. To obtain heat, the evaporator side (cooling coil) is exposed to warm water, air or ground. The evaporator coil absorbs the heat from this source and transfers it to the condenser coil where it discharges the heat to the pool or spa to be heated.

(68) Hot tub--A spa constructed of wood with sides and bottoms formed separately and joined together by pressure from surrounding hoops, bands, or rods; distinct from spa units formed of plastic, concrete, metal, or other materials.

(69) IESNA--Illuminating Engineering Society of North America, 120 Wall Street, Floor 17, New York, New York 10005-4001, telephone (212) 248-5000.

(70) Influent--The water entering a filter or other device.

(71) Jump board--A recreational mechanism for entering a pool that has a coil spring or comparable device located beneath the board which is activated by the force exerted in jumping on the board.

(72) Labeled--Equipment or material to which has been attached a label, symbol, or other identifying mark of an organization that is acceptable to the authority having jurisdiction and concerned with product evaluation that maintains periodic inspection of production of labeled equipment or materials and by whose labeling the manufacturer indicates compliance with appropriate standards or performance in a specified manner.

(73) Ladders--

Cloward Appx 0024

(A) Deck ladder--A ladder ascending from ground level outside the pool or spa to the level of a deck.

(B) In-pool or in-spa ladder--A ladder located in a pool or spa to provide ingress and egress from the deck.

(74) Listed--Equipment or materials included in a list published by an organization acceptable to the authority having jurisdiction and concerned with product evaluation, that maintains periodic inspection of production of listed equipment or materials, and whose listing states either that the equipment or material meets appropriate designated standards or has been tested and found suitable for use in a specified manner.

(75) Local regulatory authority--The local enforcement body or authorized representative having jurisdiction over pools, spas, and associated facilities.

(76) May--An advisory statement or a good practice and is not legally required.

(77) MSHA--Mine Safety and Health Administration, 2002 Thayer Center, Oakland, Maryland 21550, telephone (301) 334-3831.

(78) Multi-port valve--A device that allows the multi-directional control of the passage or flow of water through a system. (See definition (154) "Valve".)

(79) NEC--National Electric Code, published by NFPA. (See definition (81) "NFPA".)

(80) NEMA--National Electric Manufacturers Association, 1300 N. 17th Street, Suite 1847, Rosslyn, Virginia 22209, telephone (703) 841-3200.

(81) NFPA--National Fire Protection Association, 11 Tracy Drive, Avon, Massachusetts 02322, telephone (800) 344-3555.

(82) NOx--(also written nox) Nitrogen oxides or the sum of the nitric oxide and nitrogen dioxide found in the flue gas or emission point of a source.

(83) NRPA--National Recreation and Park Association, 650 West Higgins Road, Hoffman Estates, Illinois 60195-3402, telephone (847) 843-7529.

(84) NSFI--NSF International, (National Sanitation Foundation International), 789 N. Dixboro Drive, Ann Arbor, Michigan 48115, telephone (800) 673-6275.

(85) NSPF--National Swimming Pool Foundation, 224 East Cheyenne Mountain Blvd., Colorado Springs, CO 80906, telephone (719) 540-9119.

Cloward Appx 0025

(86) NSPI--National Swimming Pool Institute, 2111 Eisenhower Avenue, Alexandria, Virginia 22314, telephone (703) 838-0083.

(87) Offset ledge--A horizontal shelf or ledge projecting toward the interior of a pool from the vertical wall that provides a safe footing for a pool user to stand on in deep areas of the pool.

(88) Operating water level range--The operating water level defined in one of the following ways:

    (A) skimmer system--Two inches above to 2 inches below the midpoint of the operating range of the device, or manufacturer's maximum stated operating range; or

    (B) overflow (gutter) system--The manufacturer's maximum stated operating range above the design water level.

(89) Organic matter--Perspiration, urine, fecal matter, saliva, suntan oil, cosmetics, lotions, dead skin, and similar debris introduced to water by users and the environment.

(90) ORP--The potential level of oxidation-reduction produced by strong oxidizing (sanitizing) agents in a water solution. Oxidation level is measured in millivolts by an ORP meter.

(91) OSHA--United States Department of Labor, Occupational Safety and Health Administration, 200 Constitution Avenue N.W., Washington, D.C. 20210, telephone (800) 321-6742.

(92) Outlet--(See definition (131) "Suction outlet".)

(93) Overflow system--Overflows, surface skimmers, and surface water collection systems of various design and manufacture for removal of pool or spa surface water.

(94) Owner/operator--Fee title holder of the property upon which the pool or spa is located, and/or business manager, complex manager, property owners, association manager, rental agent or other individual who is in charge of the day to day operation or maintenance of the property. The owner/operator is responsible to ensure that the pool or spa and associated facilities comply with state and local pool or spa design, construction, operation, and maintenance standards.

(95) Parts per million (PPM)--A unit of measurement in chemical testing that indicates the parts by weight in relation to one million parts by weight of water. For the purposes of pool or spa water chemistry, ppm is considered to be essentially identical to the term milligrams per liter (mg/L).

(96) pH--A value expressing the relative acidic or basic tendencies of a substance, such as water, as indicated by the hydrogen ion concentration. The pH is expressed as a number on the scale of zero to 14, zero being most acidic, 1 to 7 being acidic, 7 being neutral, 7 to 14 being basic and, 14 being most basic.

Cloward Appx 0026

(97) Plaster--A type of interior finish (a mixture of cement and aggregate) that is applied to a concrete pool or spa and that is either white or meets the observable "black disk" requirement in § 265.184(f) of this title (relating to General Construction and Design for Post-10/01/99 Pools and Spas) and § 265.185(c) of this title (relating to General Construction and Design for Pre-10/01/99 Pools and Spas).

(98) Plummet--A line perpendicular to the water surface and extending vertically to a point located at the front end of the diving board and at the center line directly in front of the diving board.

(99) Pool--Any man-made permanently installed or non-portable structure, basin, chamber, or tank containing an artificial body of water that is used for swimming, diving, aquatic sports, or other aquatic activity other than a residential pool and that is operated by an owner, lessee, operator, licensee or concessionaire, regardless of whether a fee is charged for use. The pool may be either publicly or privately owned. The term does not include a spa or a decorative fountain that is not used as a pool. References within the standard to various types of pools are defined by the following categories.

(A) Class A pool--Any pool used, with or without a fee, for accredited competitive aquatic events such as Federation Internationale De Natation Amateur (FINA), United States Swimming, United States Diving, National Collegiate Athletic Association (NCAA), National Federation of State High School Associations (NFSHSA), events. A Class A pool may also be used for recreation.

(B) Class B pool--Any pool used for public recreation and open to the general public with or without a fee.

(C) Class C pool--Any pool operated for and in conjunction with:

(i) lodging such as hotels, motels, apartments, condominiums, or mobile home parks;

(ii) property owner associations, private organizations, or clubs; or

(iii) a school, college or university while being operated for academic or continuing education classes. The use of such a pool would be open to occupants, members or students, etc., and their guests but not open to the general public.

(D) Class D pool--A wading pool with a maximum water depth of 24 inches at any point.

(100) Pool yard or spa yard--An area that has a pool yard or spa yard enclosure and that contains a pool or spa.

(101) Pool yard or spa yard enclosure--A fence, wall, or combination of fences, walls, gates, windows, or doors that completely surround a pool or spa.

(102) Post-10/01/99 pool or spa--A pool or spa built on or after October 1, 1999, unless otherwise indicated. See § 265.181(b) of this title.

Cloward Appx 0027

(103) Post-10/01/99 pool and/or spa construction--The activity of building or installing a pool and/or spa structure, and its component parts, where no such structure has previously existed or where previously pre-10/01/99 pool or spa structures have been removed.

(104) Potable water--Water that is bacteriologically safe and otherwise suitable for drinking and is regulated by the Texas Commission on Environmental Quality or local regulatory authority as a drinking water system.

(105) Pre-10/01/99 pool or spa--A pool or spa built before October 1, 1999, unless otherwise indicated. See § 265.181(b) of this title (relating to General Provisions).

(106) Precipitate--A solid material that is forced out of a solution by some chemical reaction and that settles out or remains as a haze in suspension (turbidity).

(107) Pressure differential--The difference in pressure between two parts of a hydraulic system, such as the influent and effluent of a filter.

(108) PSI--Pounds per square inch.

(109) Pump--A mechanical device, usually powered by an electric motor that causes hydraulic flow and pressure for the purpose of filtration, heating, and circulation of pool and spa water.

(110) Push-pull valve--A device that allows the dual direction control or flow of water through a system. (See definition (154) "Valve.")

(111) Rate of flow--The quantity of water flowing past a designated point within a specified time, such as the number of gallons flowing in 1 minute (gallons per minute).

(112) Regulatory authority--Any federal, state, or local enforcement body or authorized representative having jurisdiction over pools, spas, and associated facilities.

(113) Residential pool or spa--A pool or spa that is located on private property under the control of the property owner or the owner's tenant and that is intended for use by not more than two resident families and their guests. It includes a pool or spa serving only a single-family home or a duplex.

(114) Return inlet or inlet--The aperture or fitting through which the water under positive pressure returns into a pool or spa.

(115) Ring buoy--A ring-shaped floating buoy capable of supporting a user.

WESTLAW  © 2021 Thomson Reuters. No claim to original U.S. Government Works.
Cloward Appx 0028

(116) Rope and float line--A continuous line that is not less than 1/4 inch in diameter and that is supported by buoys and attached to opposite sides or ends of a pool to separate the deep and shallow ends or mark exercise or racing lanes.

(117) Scale--The precipitate that forms on surfaces in contact with water when the hardness, pH, or total alkalinity levels are too high.

(118) Self-closing and self-latching device--A device that causes a gate to automatically fully close and latch without human or electrical power.

(119) Separation tank--A tank used in conjunction with a filter to facilitate the separation of filtrate material for disposal.

(120) Service animal--A guide dog, signal dog, or other animal trained to do work or perform tasks for the benefit of an individual with a disability, including but not limited to, guiding individuals with impaired vision, alerting individuals with impaired hearing to intruders or sounds, or providing minimal protection or rescue work, such as pulling a wheelchair, or fetching dropped items.

(121) Shall--Mandatory provisions of these regulations.

(122) Shallow areas--Pool water areas that are 5 feet deep or less.

(123) Shock treatment--The practice of adding significant amounts of an oxidizing chemical to water to destroy ammonia and nitrogenous and organic contaminants in water.

(124) Skimmer weir--Part of a skimmer that adjusts automatically to small changes in water level to assure a continuous flow of water to the skimmer.

(125) Slide--A recreational feature with a flow of water and an inclined flume or channel by which a rider is conveyed downward into a pool.

(126) Slip-resistant--A surface that has been treated or constructed to significantly reduce the chance of slipping.

(127) Spa--A constructed permanent or portable structure that is 2 feet or more in depth and that has a surface area of 250 square feet or less or a volume of 3250 gallons or less and that is intended to be used for bathing or other recreational uses and is not drained and refilled after each use. It may include, but is not limited to, hydrojet circulation, hot water, cold water, mineral baths, air induction bubbles, or any combination thereof. A spa, as is defined in these rules, does not refer to a business establishment such as a day spa or a health spa. Industry terminology for a spa includes, but is not limited to, "hydrotherapy pool," "whirlpool," "hot spa," "hot tub," etc. A spa does not include a residential spa. (See definition (113) "Residential pool or spa".)

(128) Special aquatic activity device--An interactive play device, such as a slide, spray stream, or similar item, utilizing water that is recirculated.

(129) Stabilizer--A chemical that helps reduce the excess loss of chlorine in water due to the ultraviolet rays of the sun. (See definition (42) "Cyanuric acid".)

(130) Steps, recessed steps, ladders, and recessed treads--A means of pool and spa ingress and egress that may be used separately or in conjunction with one another.

(A) Steps--A riser/tread or series of risers/treads extending down from the deck and terminating at the pool or spa floor. Included are recessed steps that have the risers located outside of user areas.

(B) Ladders--A series of vertically separated treads or rungs connected by vertical rail members or independently fastened to an adjacent vertical pool or spa wall. (See definition (73) "Ladders" for particular ladder types.)

(C) Recessed treads--A series of vertically spaced cavities in the pool or spa wall creating tread areas for step holes.

(131) Suction outlet--The aperture or fitting through which the water is drawn from the pool or spa. A skimmer is not considered a suction outlet for purposes of these rules.

(132) Super chlorination--The practice of adding a sufficient amount of chlorinating compound to water to destroy chlorine demand compounds and any combined chlorine that is present. Generally, the level of chlorine added is 10 times the level of combined chlorine in the water. (See also definition (26) "Breakpoint chlorination".)

(133) Surface skimmer system/Through wall skimmer--A device installed in the wall of an in-ground pool or spa, or above-ground pool or spa that permits the continuous removal of floating debris and surface water to the filters.

(134) Surge pit--A collecting tank or sump that allows the pool drain(s) and surface collection system to flow into it by gravity.

(135) SVRD--A safety vacuum release device, as described in § 296.190(d)(3)(B) of this title for minimizing risk of entrapment.

(136) SVRS--A safety vacuum release system that consists of either an SVRD or an AVS, as described in § 296.190(d)(3) of this title for minimizing risk of entrapment.

(137) Swimout--A recessed area outside of the general perimeter of the pool designed to facilitate the entry and exit of swimmers from a pool.

(138) TCEQ--Texas Commission on Environmental Quality, P.O. Box 13087, Austin, Texas 78711-3087, telephone (512) 239-1000.

Cloward Appx 0030

(139) TDLR--Texas Department of Licensing and Regulation, Boiler Division, P.O. Box 12157, Austin, Texas 78711, telephone (800) 803-9202.

(140) TDS--Total dissolved solids, i.e., a measure of the total amount of dissolved matter in water (for example, calcium, magnesium, carbonates, bicarbonates, metallic compounds).

(141) Test kit--A device for monitoring a specific chemical level in pool or spa water.

(142) Therapeutic pool or spa--A pool or spa that is operated exclusively for therapeutic purposes, such as physical therapy, and is under the direct supervision and control of licensed medical personnel.

(143) Total alkalinity--A measure of the ability or capacity of water to resist change in pH; also known as the buffering capacity of water. Measured with a test kit and expressed as ppm; consists mainly of carbonates, bicarbonates and hydroxides.

(144) Total chlorine--The sum of both the free available and combined chlorine.

(145) Toxic--A substance that has an adverse physiological effect on human beings or other living organisms.

(146) Turbidity--Cloudy condition of water due to the presence of fine particulate materials in suspension that interferes with the passage of light.

(147) Turnover rate--The period of time (usually in hours) required to circulate a volume of water equal to the total pool or spa capacity.

(148) UFC--Uniform Fire Code, published by the International Fire Code Institute, 5360 Workman Mill Road, Whittier, California 90601-2298, telephone (800) 423-6587.

(149) Underwater light--A fixture designed to illuminate a pool or spa from beneath the water surface. An underwater light includes either of the following:

   (A) wet niche light--a watertight and water-cooled light unit placed in a submerged, wet niche in the pool or spa wall and accessible only from the pool or spa; or

   (B) dry niche light--a light unit placed behind a watertight window in the pool or spa wall.

(150) UL--Underwriters Laboratory, 333 Pfingsten Road, Northbrook, Illinois 60062-2096, telephone (847) 272-8800.

Cloward Appx 0031

(151) User--A person using a pool or spa and adjoining deck area for the purpose of water sports, recreation therapy or related activities.

(152) User load--The number of persons in the pool or spa area at any given moment, or during any stated period of time.

(153) Vacuum--The reduction of atmospheric pressure within a pipe, tank, pump, or other vessel. Vacuum is measured in inches of mercury. Each inch of mercury is equivalent to 1.13 feet of head. The typical maximum vacuum is 30 inches of mercury, or 33.9 feet of head.

(154) Valve--Any device in a pipe that will partially or totally obstruct the flow of water (as in a ball, gate or globe valve) or permit flow in one direction only (as in a check or foot valve). See definitions (23) "Bleeder valve", (78) "Multi-port valve", and (110) "Push-pull valve".

(155) Velocity--The speed at which a liquid flows between two specified points, expressed in feet per second.

(156) Vortex pool--Circular pools equipped with a method of transporting water in the pool for the purpose of propelling riders at speed dictated by velocity of the moving stream.

(157) Wading pool--A Class D pool that has a maximum depth of 2 feet at any point.

(158) Walls--The interior pool or spa wall surfaces consisting of surfaces from plumb to a slope of 11 degrees from plumb.

(159) Waste water disposal system--A plumbing system used to dispose of backwash or other water from a pool or spa or from dressing rooms and other facilities associated with a pool or spa.

(160) Water action pools--A pool designed to simulate breaking or cyclic waves for the purpose of general play or surfing.

(161) Water lounge--A horizontal area of a pool that adjoins the pool wall at a depth of from 2 inches to 10 inches, is used for seating and play.

(162) Weir--Part of a skimmer that adjusts automatically to small changes in water level to assure a continuous flow of water to the skimmer.

(163) YMCA--Y.M.C.A. of U.S.A. (Y.M.C.A.), 101 North Wacker, Chicago, Illinois 60606, telephone (800) 872-9622.

(164) Zero depth entry pool--A pool in which the pool floor intersects the water surface along at least one side of the pool.

Cloward Appx 0032

**Credits**

**Source:** The provisions of this § 265.182 adopted to be effective September 1, 2004, 29 TexReg 7704.

25 TAC § 265.182, 25 TX ADC § 265.182

**End of Document**                        © 2021 Thomson Reuters. No claim to original U.S. Government Works.

Cloward Appx 0033

# United States Patent [19]

## Cant

[11] **Patent Number:** **4,640,784**

[45] **Date of Patent:** **Feb. 3, 1987**

[54] **METHOD AND APPARATUS FOR CLEANING SWIMMING POOLS**

[75] Inventor: **Peter R. Cant,** Woollahra, Australia

[73] Assignee: **Cant Investments Pty. Limited,** New South Wales, Australia

[21] Appl. No.: **760,123**

[22] Filed: **Jul. 29, 1985**

[51] Int. Cl.⁴ ................................................. C02F 1/40

[52] U.S. Cl. ..................................... 210/776; 210/169; 210/221.2

[58] Field of Search ...................... 210/169, 220, 220.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,762,366 | 6/1930 | Test | 210/169 |
| 2,439,866 | 4/1948 | Saladin . | |
| 2,979,206 | 4/1961 | Konopka | 210/169 |
| 3,034,653 | 5/1962 | Ward | 210/169 |
| 3,139,628 | 7/1964 | Richards . | |
| 3,143,499 | 8/1964 | Miller | 210/169 |
| 3,157,597 | 11/1964 | Burba | 210/169 |
| 3,261,371 | 7/1966 | Vernon . | |
| 3,668,713 | 6/1972 | Baker . | |
| 3,712,470 | 1/1973 | Gasloser | 210/169 |
| 3,817,382 | 6/1974 | Arneson | 210/169 |
| 3,841,487 | 10/1974 | Villette . | |
| 3,910,840 | 10/1975 | Adam | 210/169 |
| 3,997,925 | 12/1976 | Hough . | |
| 4,121,307 | 10/1978 | Patterson . | |
| 4,325,462 | 4/1982 | Gouzos | 210/169 |
| 4,519,914 | 5/1985 | Etani | 210/169 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0468660 | 12/1975 | Australia . |
| 2329891 | 1/1975 | Fed. Rep. of Germany . |
| 2543464 | 4/1977 | Fed. Rep. of Germany . |
| 0461828 | 2/1937 | United Kingdom . |
| 856084 | 12/1960 | United Kingdom . |
| 1372369 | 10/1974 | United Kingdom . |

*Primary Examiner*—Bernard Nozick
*Attorney, Agent, or Firm*—Wood, Herron & Evans

[57] **ABSTRACT**

A method and apparatus of cleaning debris from swimming pools includes upper spray jets mounted to one of the pool endwalls for moving a surface layer of pool water approximately 150 millimeters in depth toward the opposite endwall, lower spray jets mounted to each pool sidewall near the bottom for carrying submerged debris to the moving surface layer of pool water, and at least one weir mounted in the opposite endwall which connects to a filter. The weir is adapted to create a positive suction force in the surrounding pool water when the system is operating to draw the pool water and debris it contains from the pool, into the weir and then to the filter for removal of the debris from the water.

**31 Claims, 9 Drawing Figures**





Cloward Appx 0035



FIG. 3

FIG. 6

FIG. 7

FIG. 8

Cloward Appx 0036



FIG. 4

FIG. 5

4,640,784

1

# METHOD AND APPARATUS FOR CLEANING SWIMMING POOLS

## BACKGROUND OF THE INVENTION

This invention relates to swimming pools, and, more particularly, to a method and apparatus for automatically removing submerged and floating debris from the pool water of a swimming pool.

One of the drawbacks of owning a swimming pool, particularly those located outdoors, has been the time required to maintain the pool free of leaves, grass, bark, dust and other debris as well as algae and bacteria. Pool maintenance can be especially time consuming in areas of heavy pollution or where the pool is located around shade trees or other sources of wind-borne debris.

Studies have indicated that when debris such as leaves, grass or bark falls on or is blown into a swimming pool it will float for some period of time before becoming saturated and then sinking to the bottom. The time involved varies according to the type of material falling into the pool and such factors as age, dust load and the like. Pool maintenance is easiest when debris is removed from the surface of the pool before it has a chance to sink to the pool bottom or along the sidewalls.

One currently used method of pool cleaning involves the use of a submerged mobile unit connected to the filter pump suction of the pool which is movable along the pool bottom to suction submerged debris. Another system employs a series of hoses connected to the filtration pump discharge which move about near the bottom of the pool and spray jets of water to sweep sediment towards a bottom outlet of the pool and/or attempt to maintain the sediment in suspension for progressive removal by the normal pool filtration system.

The primary deficiency with each of the systems described above is their inability to quickly remove floating surface debris and/or partially submerged debris, such as leaves, loose grass or pieces of bark, before it sinks to the pool bottom. Such systems operate only after the debris has sunk to the bottom of the pool or become suspended throughout the entire depth of the pool water.

Pool cleaning systems have been proposed to remove floating debris before it has a chance to sink. Such systems generally include a scum gutter located about the perimeter of the pool having an upper edge above the surface of the pool water. Water is sprayed onto the surface of the pool by surface jets or a hand held hose to wash or splash the surface debris over the upper edge and into the scum gutter where it must be manually collected.

Pool cleaning systems employing scum gutters are generally ineffective and of limited use for several reasons. The above-surface water jets, acting alone, are ineffective in moving surface debris in the desired direction even with the slightest air movement in an opposite direction. The result is that floating debris can drift to other parts of the pool and finally become saturated enough to sink to the bottom. Even if some of the surface debris is splashed into the scum gutter, it must be removed therefrom by hand. In addition, such systems generally do not include any subsurface or submerged jets or other means to remove sunken debris from the pool bottom or sidewalls. Sediment is thus allowed to collect on the pool bottom which requires manual cleaning to be removed.

2

## SUMMARY OF THE INVENTION

It is therefore among the objects of this invention to provide a method and apparatus for cleaning swimming pools which removes floating debris such as detritus materials and the like before it becomes saturated and sinks to the bottom, which is completely automatic in operation eliminating virtually all manual cleaning of the pool, which is adapted to remove both submerged and floating debris from the pool, and which provides a positive, suction force to remove pool water carrying debris from the pool for filtering.

These objects are accomplished in a pool cleaning system according to this invention which comprises upper spray jets mounted to one end wall of the pool near the water surface, lower spray jets mounted to each of the sidewalls of the pool near the bottom, a primary filter unit disposed exteriorly of the pool and a weir mounted in the end wall opposite the surface spray jets which communicates with the primary filter. The upper spray jets are adapted to move a surface layer of pool water, approximately 120 to 150 millimeters in depth, toward the weir mounted in the opposite end wall. The submerged, lower jets are adapted to move submerged debris toward the surface of the pool water and into the moving surface layer of water created by the upper spray jets. The weir is constructed so as to create a positive suction force to draw the pool water and debris near the weir from the pool and into the primary filter.

More specifically, in one presently preferred embodiment of this invention the upper and lower spray jets are connected to a common water line which communicates with the primary filter. The suction side of a pump is mounted in the water line downstream from the primary filter so that pool water is drawn through the weir, into the primary filter and then pumped out the upper and lower jets back into the pool. The upper spray jets include a plurality of spaced spray jets mounted slightly above the surface of the pool water, and a like number of spray jets mounted slightly below the surface of the pool water. The above surface spray jets and subsurface spray jets are each adapted to spray a jet of water at a pressure of about 20 psi and have nozzles which discharge the water at a spray angle of approximately 65°. Preferably, the above surface spray jets are mounted so as to direct a stream or spray of water parallel to the pool water surface, while the subsurface spray jets are angled upwardly so that their water streams break the surface of the pool at a distance of about 1 meter from the end wall. The above surface and subsurface spray jets are operable to move an upper layer of pool water, approximately 120 to 150 millimeters in depth measured from the water's surface, toward the weir mounted in the opposite end wall. Floating debris, as well as debris which is suspended immediately below the pool water surface, is thus carried toward the weir for removal from the pool.

In order to remove debris which has sunk to the pool bottom or rests along the pool sidewalls, a plurality of lower spray jets are mounted to each of the pool's sidewalls near the pool bottom. In a presently preferred embodiment, the spray jets mounted along one sidewall of the pool are spaced or staggered from those mounted in the opposite sidewall so that none directly align. The spray angle and spacing of the lower spray jets is such that the water spray from a spray jet on one sidewall intersects the water spray of a spray jet from the oppo-

4,640,784

3

site sidewall near the center of the pool. This creates upwardly moving currents or eddies where the sprays from opposite sidewalls meet which urge debris suspended in the pool water, and debris from the bottom of the pool, upwardly toward the moving surface layer of pool water created by the upper jets. In this manner, both the submerged and floating debris is carried within the moving upper layer of pool water to the weir for removal.

In one embodiment of this invention, both the upper spray jets and lower spray jets are connected to a single, perimeter water line which communicates with the primary filter unit. In an alternative embodiment, two separate water lines are utilized. A first water line connects the upper spray jets with the primary filter unit and a primary pump operates to draw water through the weir, into the primary filter and then through the first water line to the upper spray jets. A second water line communicating with the pool is connected to the lower spray jets. The second water line includes a secondary filter and a secondary pump for pumping water from the pool, into the secondary filter and then back into the pool through the lower spray jets.

The primary filter unit of this invention comprises a strainer basket which receives a coarse screen, a secondary screen of finer mesh wire mounted beneath the coarse screen and a cartridge filter. The suction side of a pump is mounted in a water line connected to the bottom of the strainer basket so that the pool water is first drawn over the coarse screen, then over the finer screen and finally through the cartridge filter for the removal of progressively smaller particles of debris from the pool water. The operation of the primary filter herein is different from conventional filtering systems for pools wherein the pump is disposed upstream from the filter so as to pump water under positive pressure from the pool into the filter. In this invention, a negative pressure is created in the primary filter when the pump is operational because the pump is located downstream from the primary filter. When the pump is non-operational, the water contained in the primary filter is at atmospheric pressure.

The weir of this invention is adapted to create a positive, suction force in the pool water at the end wall where it is mounted so as to accelerate the surrounding pool water and debris it contains into the primary filter for filtering. The weir includes a weir lip extending outwardly from an opening formed in the endwall of the pool to a point below the pool water surface, and a weir throat connecting the weir lip with the primary filter. The weir lip has a convex upper surface disposed vertically above the end of the weir throat connected to the primary filter. The weir throat thus angles downwardly from the weir lip to the primary filter located exteriorly of the pool.

In one embodiment of the swimming pool apparatus herein, a single weir is mounted near the center of the pool endwall having a weir lip which is approximately one meter in length. In this embodiment, the convex upper surface of the weir lip is positioned approximately 55 millimeters below the surface of the pool water with the primary and/or secondary pumps of the system not operating. When the system is operational, the water level in the pool rises about 5 millimeters while the water level in the filter drops about 50 millimeters.

In an alternative embodiment of this invention, two weirs are mounted in the endwall of the pool, with a

4

space therebetween, and each has a weir lip of approximately one meter in length. In this embodiment, the convex surface of each weir lip is disposed approximately 35 millimeters below the surface of the pool water with the primary and/or secondary pumps non-operational. When the system is operated, the water level changes in both the pool and primary filter unit are substantially the same as in the single weir embodiment mentioned above.

The shape and location of the weir of this invention creates an acceleration of the pool water across the weir lip with the primary and/or secondary pumps operating so as to apply a positive suction force immediately adjacent the weir lip to draw the pool water and the debris it contains through the weir throat and into the primary filter. Acceleration of water over the weir lip is based on the same principle as the upward lift generated by movement of air over an aircraft wing. Due to the convex shape of the upper surface of an aircraft wing, air flow over such surface is accelerated compared to the air flowing along its flat bottom surface. The same is true of the convex surface of the weir of this invention.

Unlike the aircraft wing, the weir lip is fixed to the end wall of the pool and other forces are present to create an acceleration of the pool water over the convex upper surface of the weir lip. Such forces include the force exerted by movement of the water from the pool over the weir lip and into the primary filter due to the increase in the water level of the pool and decrease in the water level within the primary filter, the gravitational force of the water on the weir lip as the water cascades into the downwardly angled weir throat to the primary filter, the stretching of water on the convex upper surface of the weir lip causing a lowered pressure thereat and the cohesion or surface tension of the water tending to prevent stretching of the water at the weir lip.

Dynamic equilibrium of the forces at the weir lip is achieved only by suctioning or pulling water in the area of the weir lip from the pool and into the weir throat thus creating a lift or accelerating effect. The gravitational force exerted on the water, and the surface tension of the water as it flows over the weir lip and into the inclined weir throat, tend to drag or suction the water in the immediate area of the weir lip out of the pool. The pool water cannot move in the opposite direction because the weir throat is inclined downwardly from the pool toward the primary filter unit. A distinct suction force is therefore created immediately below the surface of the water at the weir lip which pulls the pool water, and any debris it contains, over the weir lip, through the weir throat and into the primary filter for filtering.

The method of pool cleaning according to this invention is intended to remove debris from the pool at timed intervals, preferably before it becomes saturated and sinks to the bottom. A surface layer of pool water is moved by the periodic operation of upper spray jets from one end wall toward a weir mounted in the opposite end wall. Floating debris, and debris immediately beneath the pool water surface is carried across the length of the pool within the moving surface layer. Debris which has fallen rapidly to the pool bottom is moved upwardly to the moving surface layer of pool water by a plurality of subsurface spray jets mounted to the pool sidewalls, so that both floating and submerged materials are moved toward the weir for removal from the pool water.

4,640,784

5

The configuration and positioning of the weir of this invention creates an acceleration of the pool water at the endwall opposite the upper spray jets in a manner analogous to the acceleration of air over the convex upper surface of an aircraft wing. Forces acting at the lip of the weir apply a positive suction force to the pool water immediately beneath the surface of the weir lip which draws the pool water and any debris it contains over the weir lip, through the throat of the weir and into the primary filter.

Debris is thus removed from the pool by a positive suction force with the system of this invention, which is in contrast to prior art pool cleaning systems wherein pool water and floating debris was washed or splashed over an upper edge of a scum gutter for subsequent removal by hand.

## DESCRIPTION OF THE DRAWINGS

The structure, operation and advantages of a presently preferred embodiment of this invention will become further apparent upon consideration of the following description taken in conjunction with the accompanying drawings, wherein:

FIG. 1 is a side elevational view of a swimming pool incorporating one embodiment of the cleaning system of this invention;

FIG. 2 is a plan view of the swimming pool system shown in FIG. 1 taken generally along line 2—2 of FIG. 1;

FIG. 2A is a partial cross sectional view taken generally along line 2A—2A of FIG. 1 illustrating the subsurface spray jets of the upper jets herein;

FIG. 3 is a cross-sectional view taken generally along line 3—3 of FIG. 1 showing the water movement in the pool induced by the lower spray jets and upper spray jets;

FIG. 4 is a side elevational view of an alternative embodiment of the swimming pool system of this invention;

FIG. 5 is a plan view of the alternative embodiment shown in FIG. 4;

FIG. 6 is a side elevational view in partial cross section of the weir and primary filter unit of this invention with the primary pump not operating;

FIG. 7 is a view similar to FIG. 6 with the primary pump operating; and

FIG. 8 is an enlarged view of the weir shown in FIGS. 6 and 7 illustrating the suction force generated at the weir of this invention.

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to FIGS. 1–3, one presently preferred embodiment of a swimming pool cleaning system 10 according to this invention is illustrated. The cleaning system 10 is adapted to clean debris such as leaves, bark, grass and other materials (not shown) from a pool 12 having opposed end walls 14, 16, opposed sidewalls 18, 20 and a pool bottom 22 which is angled to form a deep end 24 and shallow end 26. The pool is filled with water and its design surface level 28 is maintained substantially constant by a commercially available leveling device 30. For purposes of the present discussion, the level or height of the pool water surface will be expressed in terms of a "design" level and "operating" level. The "design" water level 28 of the pool 12 refers to a predetermined water height when the system 10 of this invention is not operating. The "operating" water

6

level 29 of the pool 12 refers to the height of the water when the system 10 is operating.

One aspect of the pool cleaning system 10 according to this invention is to create movement of a surface layer 32 of pool water from the end wall 14 at the shallow end 26 of the pool 12 toward the end wall 16 at the deep end 24 of the pool 12. Preferably, the depth of the moving surface layer 32 is about 125 millimeters to 160 millimeters measured from the design water level 28 downwardly.

Movement of a surface layer 32 of pool water is achieved by a plurality of upper jets referred to generally with the reference numeral 34 in FIG. 1. The upper spray jets 34 comprise a plurality of spaced, above surface spray jets and a plurality of spaced, subsurface spray jets. In the embodiment shown in FIGS. 1–3, three above surface spray jets 36a–c are mounted at spaced intervals to the end wall 14 approximately 50 millimeters above the design water level 28 of the pool 12. The above surface spray jets 36a–c are positioned to direct a spray of water under pressure substantially parallel to the surface of the pool water. Each above surface spray jet 36a–c includes a discharge nozzle 37 having a spray angle of about 65°.

Three subsurface spray jets 38a–c are mounted approximately 130 millimeters beneath the design water level 28 of pool 12 in the embodiment of FIGS. 1–3, such that each subsurface spray jet 38a–c aligns with an above surface spray jet 36a–c, respectively. The subsurface spray jets 38a–c are angled upwardly to direct a jet of water which breaks the surface of the pool water approximately one meter from the end wall 14. Preferably, the subsurface spray jet 38b nearest the center of end wall 14 has a discharge nozzle 40 which is larger in diameter than the discharge nozzles 42 of the other subsurface spray jets 38a–c. For example, it has been found that acceptable spray patterns are produced with a discharge nozzle 40 having a diameter of about 12.7 millimeters and discharge nozzles 42 with diameters of about 11.1 millimeters. The larger central discharge nozzle 40 provides a greater flow of water at the center of pool 12, for purposes to become apparent below.

It has been found that three above surface spray jets 36a–c and three subsurface spray jets 38a–c are capable of moving a surface layer 32 of pool water approximately 120–150 millimeters in depth toward endwall 16 in pools having a capacity of about 15,000 gallons or less. In such smaller pools, the spray jets 36a–c and 38a–c are preferably sized to spray a jet of water under a pressure of at least about 20 psi at a flow rate of approximately 4,000 gallons per hour. For pools having a capacity of over 15,000 gallons, the spray jets 36 and 38 are sized to accommodate a flow rate of about 8,000 gallons per hour and discharge water at a pressure of at least 20 psi. It is contemplated that the number and spacing of the above surface and subsurface spray jets 36, 38 could be modified to accommodate increased flow rates and to cover the entire width of pools of varying sizes and shapes so that moving surface layer 32 extends from one sidewall 18 to the opposite sidewall 20 as shown in FIG. 3.

Movement of surface layer 32 of pool water created by the upper spray jets 34 has been found to effectively carry debris which either rests atop the water surface or immediately beneath, toward the opposite end wall 16. Such debris is drawn from the water in the pool 12, and filtered, in a manner described in detail below. The operation of above surface spray jets 36 and subsurface

4,640,784

7

spray jets 38 is controlled by a timer (not shown) so that debris falling onto the pool surface 28 is periodically removed before it becomes saturated and falls to the pool bottom 22.

Some of the debris falling into the pool 12 sinks quickly to the pool bottom 22, and must also be removed to clean the entire pool 12 effectively. Removal of such submerged or subsurface debris (not shown) is accomplished by a plurality of lower jets mounted to the sidewalls 18 and 20 of the pool. In the embodiment of pool cleaning system 10 illustrated in the Figs., five lower jets 44a–e are mounted to the sidewall 18 and four lower jets 46a–d are mounted to the sidewall 20. As shown in FIG. 3, each of the lower jets 44a–e and 46a–d are mounted near the pool bottom 22, preferably at the top of the arc made between the pool bottom 22 and the sidewalls 18, 20, respectively. Each of the lower jets 44a–e and 46a–d are angled upwardly toward the surface of the pool water at an angle of approximately 25° with respect to the sidewalls 18, 20, respectively. The discharge nozzles 47 of lower spray jets 44a–e and 46a–d are identical and preferably have a spraying angle of about 65°. The lower jets 44a–e and 46a–d are operable to eject a spray of water under a pressure of at least 20 psi over a spray distance of not less than about 1.85 meters from their respective sidewalls 18, 20.

As best shown in FIGS. 2 and 5, the lower jets 44a–e are staggered with respect to lower jets 46a–d such that, for example, lower jet 46a mounted to sidewall 20 is disposed along a horizontal axis extending between 30 adjacent lower jets 44a, b on the opposite sidewall 18. This staggered or spaced relationship between lower jets 44a–e and lower jets 46a–d produces a spray pattern shown in FIGS. 2 and 3. The water jet from each of the lower jets 44a–e, 46a–d moves outwardly at a 65° spraying angle from the sidewalls 18, 20, respectively, such that the water jets intersect near the center of the pool 12 as illustrated in FIG. 2. The collision of the water jets from each sidewall 18, 20, which are directed upwardly from the pool bottom 22 at a 25° angle, forms eddies or currents moving toward the surface of the pool water as shown in FIG. 3.

The water jet sprays from the lower jets 44a–e, 46a–d first move along the pool bottom 22 to sweep submerged debris from the pool bottom 22 and sidewalls 18, 20, and then the water jet sprays turn upwardly when they collide with one another to carry such debris to the moving surface layer 32. As a result, the submerged debris is moved with the surface layer 32 toward the end wall 16 for removal from the pool 12. While five lower jets 44a–e and four lower jets 46a–d are illustrated in the Figs., it is contemplated that additional spray jets could be added to accommodate pools of larger size or different shape so long as the spray jets are spaced to create substantially the same spray pattern illustrated in FIGS. 2 and 3.

In the embodiment of the pool cleaning system 10 shown in FIGS. 1–3, the lower jets 44a–e, 46a–d and the upper jets 34 are supplied with water from the pool 12 through a perimeter water line 48 connected to the discharge side of a primary pump 50. The suction side of the primary pump 50 communicates with the pool 12 through an inlet line 52 connected to a primary filter 54 described in detail below. The primary filter 54, in turn, is connected to the pool 12 by a weir 56.

Referring now to FIGS. 4 and 5, an alternative embodiment of the pool cleaning system 10 according to this invention is illustrated. The system shown in FIGS.

8

4 and 5 is identical to that of FIGS. 1–3 except for the supply of pool water to the upper spray jets 34 and lower spray jets 44a–e and 46a–d, and the inclusion of a second weir 57. Therefore, reference numerals used in FIGS. 1–3 are also used in FIGS. 4 and 5 to identify common structure.

In FIGS. 4 and 5, a first water line 49 is connected to the primary pump 50 and upper spray jets 34 for the circulation of pool water from weirs 56, 57, through the primary filter 54 to the upper spray jets 34. A secondary water line 60 supplies pool water to the lower spray jets 44a–e and 46a–d. The secondary water line 60 communicates with the pool 12 through an inlet line 62 connected to a pair of drains 64, 66 mounted at the bottom 22 of the pool in the deep end 24. The inlet line 62 is connected to the suction side of a secondary pump 68, whose discharge side is connected to the secondary water line 60. A coarse filter 72 is disposed in the secondary water line 60 to filter sand and other heavy particles suctioned from the bottom 22 of the pool 12 through the drains 64, 66.

As shown in FIGS. 4 and 5, a second weir 57 is provided in this embodiment in addition to the single weir 56 used in the embodiment of FIGS. 1–3. It is contemplated that the system of FIGS. 4 and 5 would be utilized for larger pools having a capacity of 15,000 gallons or more to accommodate the additional volume of water and physical size of the pool. In addition, the system of FIGS. 4 and 5 could be utilized in areas of high pollution for pools of any size where added capacity is required to remove high concentrations of debris from the pool. The operation of the systems in FIGS. 1–5 is otherwise identical as described in more detail below.

Referring now to FIGS. 1, 2, 6 and 7, the main or primary filter 54 utilized in both of the embodiments described above is illustrated in more detail. The primary filter 54 comprises a strainer basket 74 disposed exteriorly of the pool 12 adjacent the end wall 16. The open top of the strainer basket 74 is closed by a cover 76, and its bottom surface is formed with a bore 78 adapted to receive the inlet line 52 connected to the suction side of pump 50. A pressure relief line 79, having a valve 81, extends between the strainer basket 74 and into the pool 12 through the endwall 16.

In a presently preferred embodiment of primary filter 54, a conical shaped, coarse screen 80 and a rectangular shaped sieve 82 are supported by a frame 84 on a shoulder 86 formed in the wall of the strainer basket 74. The coarse screen 80 is mounted atop the sieve 82 so that pool water passes through the coarse screen 80 first for the removal of large articles such as leaves, bark and the like. The sieve 82, positioned downstream from the coarse screen 80, is formed of 20 to 200 mesh for removing finer particles which pass through the coarse screen 80. Below the screen 80 and sieve 82 is a cartridge filter 88 which rests atop the bottom of the strainer basket 74. The cartridge filter 88 has the capacity to filter particles as small as 5 microns at a flow rate of 4,000 gallons per hour. The capacity of all of the filters in strainer basket 74 is such that 80–100% of the pool volume can be filtered during an operational period of approximately 1–3 hours.

As described in more detail below, when the primary pump 50 is not operating the water level 90 within the filter 54 is at the same level as the design water 28 in pool 12, and is at least about 50 millimeters below the cover 76 which closes the top of strainer basket 74.

4,640,784

9
10

With the primary pump 50 connected by an inlet line 52 to the bottom of filter 54, water is drawn through the filter 54 from the pool 12 rather than being pushed therethrough. A suction is therefore applied to draw water through the filter 54 so that it operates under a negative pressure. When the primary pump 50 is not operating, the water in the primary filter 54 is under atmospheric pressure.

Referring now to FIGS. 6–8, the weir 56 according to this invention is shown in more detail. It should be understood that the second weir 57, shown in the embodiment of FIGS. 4 and 5, operates in the identical manner as weir 56.

Weir 56 is mounted in a opening 92 formed near the top of the pool end wall 16. The weir 56 includes a weir lip 94 mounted at the lower, forward edge of opening 92 within the pool 12, and a weir throat 96 extending from the weir lip 94 to the primary filter 54. As best shown in FIG. 8, the weir lip 94 includes a forward portion 98 extending downwardly from the opening 92 against the end wall 16 within the pool 12, and a convex upper surface 100 preferably covered with a butyl mastic material. The weir lip 94 extends transversely along the opening 92 formed in the end wall 16 and is preferably approximately 1 meter in length. See FIG. 2. In the embodiment of this invention shown in FIGS. 1–3 in which a single weir 56 is utilized, the uppermost portion of the convex upper surface 100 of the weir lip 94 is disposed approximately 55 millimeters below the design water level 28 of the pool 12. In the embodiment shown in FIGS. 4 and 5, in which two weirs 56, 57 are utilized, the uppermost portion of the convex upper surface 100 of weir lip 94 is disposed approximately 35 millimeters below the design water level 28 of pool 12.

The weir throat 96 extends from the opening 92 in end wall 16, where it is disposed within a sleeve 97 of butyl mastic material, to the filter 54. As shown in FIGS. 2 and 5, the sidewalls of the weir throat 96 taper inwardly at converging angles to a connector pipe 104, having a diameter of about 100 millimeters, which connects directly to the primary filter 54. The weir throat 96 and connector pipe 104 are preferably angled downwardly at an acute angle of about 5°–10° relative to the horizontal from the endwall 16 to the filter 54.

The operation of the pool cleaning system 10 illustrated in FIGS. 1–3 and 6–8 is as follows. The primary pump 50 is activated to draw pool water from the pool 12 through the weir 56 and into the primary filter 54. The water passes through the filter 54 and is pumped along the perimeter water line 48 to the upper jets 34 and lower jets 44a–e, 46a–d. As described above, the upper jets 34 function to move a surface layer 32 of pool water from the shallow end 26 toward the weir 56 mounted in the end wall 18 at the deep end 24 of the pool 12. At the same time, the lower jets 44a–e, 46a–d create an upward movement of water at the pool bottom 22 to carry submerged debris toward the moving surface layer 32 near the surface of the pool water.

The size of the primary pump 50 is chosen to provide a flow rate of 4,000 gallons per minute for smaller pools (15,000 gallons or less), and a flow rate of 8,000 gallons per hour for larger pools (exceeding 15,000 gallons). This relatively high volume flow allows the upper spray jets 34 and lower spray jets 44a–d to move substantially all of the floating and submerged debris to the weir 56 for removal from the pool 12.

The weir 56 of this invention functions to create a positive suction force to draw the pool water immedi-

ately adjacent the weir lip 94, and the debris it contains, into the weir throat 96, through the connector pipe 104 and to the filter 54. This suction force is created by an acceleration of pool water across the weir lip 94 in a manner analogous to the lift achieved in an aircraft wing.

At high flow rates, for example 4,000 gallons per hour and higher, several forces are present at the weir lip 94. One force is created by the increase in the height of the water in the pool 12 compared to the water level in the filter 54. As shown in FIG. 6, with the primary pump 50 not operating the design water level 28 in the pool 12 is the same as the water level 90 in filter 54. With the pump 50 operating, as shown in FIGS. 7 and 8, the height of the water in the pool 12 rises approximately 1 millimeters above the design water level 28 to its operating level 29. At the same time, the water level within filter 54 is lowered approximately 50 millimeters from the design level 90 to its operating level 91 creating a positive flow of water from the pool 12 into the filter 54. The difference in operating levels 29 and 91 between the pool 12 and primary filter 54, respectively, in combination with the downwardly angled weir throat 96 and connector pipe 104, causes the pool water to cascade into the filter 54 and apply a gravitational force to the weir lip 94. Also present at the weir 56 is a force tending to stretch the water over the convex upper surface 100 of the weir lip 94, for an infinitesimal period of time, creating a lowered pressure thereat. This stretching force is resisted, at least in part, by the cohesion or surface tension of the water.

The result of the forces acting on the weir lip 94 is a combination of reduction in pressure caused by stretching of the water over the convex upper surface 100 of the weir lip 94, and a drag of water flowing along the angled weir throat 96 to the filter 54 due to gravity. Dynamic equilibrium between the stretching of the water across the weir lip 94 and the drag along the weir throat 96 is achieved by suctioning the water which surrounds the weir lip 94 into the weir throat 96 from the pool 12. A lift or acceleration of water at the weir lip 94 thus produces a positive suction immediately below the water surface in the area of weir lip 94 as shown in FIG. 8 which pulls both the pool water and any floating or partially submerged debris it contains over the weir lip 94 and into the weir throat 96 where it flows to the filter 54.

The pool water is filtered in the primary filter 54 and then returned to the pool through upper jets 34 and lower jets 44a–e, 46a–d to complete the cleaning cycle. It should be understood that the pool cleaning system of this invention shown in FIGS. 4 and 5 operates substantially identically to that described above except for the addition of a secondary pump 68 to provide water to the lower jets 44a–e, 46a–d, and a second weir 57 which functions in the identical manner as weir 56 described above.

While the invention has been described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment disclosed as the best mode contemplated for carrying out

Cloward Appx 0042

4,640,784

11 12

this invention, but that the invention will include all embodiments falling within the scope of the appended claims.

I claim:

1. A method of cleaning debris from the pool water of a swimming pool having a bottom, opposed sidewalls, opposed endwalls and a weir mounted in an opening formed in one of the endwalls and extending into the pool, comprising:

spraying water in pressurized streams into the pool to move a surface layer of the pool water toward the endwall having the weir;

applying a suction force to the pool water at the weir for drawing the pool water and debris contained therein into the weir from the pool;

filtering the debris from the pool water entering the weir.

2. The method of claim 1 further including the step of:

spraying pool water near the pool bottom to move debris thereto to the surface layer of pool water.

3. A method of cleaning debris from the pool water of a swimming pool having a bottom, opposed sidewalls, opposed endwalls and a weir mounted in an opening formed in one of the endwalls and extending into the pool comprising:

spraying pool water in pressurized streams from jets mounted in one endwall above and below the surface of the pool water to move a surface layer of pool water and debris contained therein toward the endwall having the weir;

spraying pool water in pressurized streams from jets mounted in at least one sidewall near the pool bottom for agitating the pool water to move submerged debris to the surface layer of pool water;

applying a suction force at the weir to draw at least a portion of the surface layer of pool water and debris contained therein into the weir from the pool; and

filtering the debris from the pool water entering the weir.

4. Apparatus for cleaning debris from the pool water of a swimming pool having a bottom, opposed sidewalls and opposed endwalls comprising:

spray means mounted to one of said endwalls for spraying water in pressurized streams into the pool to move a surface layer of pool water and debris contained therein toward the opposite end wall;

weir means mounted in an opening formed in said opposite end wall of the pool and extending into the pool water for creating a suction in the pool water thereat to draw pool water and debris carried in the pool water from the pool into said weir means;

filter means communicating with said weir means for filtering debris from the pool water entering said weir means.

5. The apparatus of claim 1 in which at least three above-surface spray jets and at least three subsurface spray jets are mounted to said endwall.

6. The apparatus of claim 4 in which said filter means includes a strainer basket, a coarse screen removably mounted within said strainer basket for filtering large debris, a fine screen removably mounted within said strainer basket downstream from said coarse screen for filtering smaller sized debris, and a cartridge filter removably mounted within said strainer basket downstream from said fine screen for removing debris of several microns in size.

7. The apparatus of claim 4 further including a a drain line connected to said filter means and a pump mounted in said drain line downstream from said filter means, said pump being operable to draw pool water from the pool, into said weir means and through said filter means into said drain line.

8. The apparatus of claim 7 in which said drain line is connected to said spray jet means, said pump being adapted to pump the pool water drawn into said drain line back into the pool through said spray jet means.

9. The apparatus of claim 7 in which the pool contains less than about 15,000 gallons of water, said suction pump being operable to pump about 4,000 gallons per hour of pool water through said drain line and out said spray jet means back into the pool.

10. The apparatus of claim 7 in which the pool contains more than about 15,000 gallons of water, said suction pump being operable to pump about 8,000 gallons per hour of pool water through said drain line and out said spray jet means back into the pool.

11. The apparatus of claim 4 in which said surface layer of pool water moving toward the opposite endwall is about 120 to 150 mm in depth measured from the surface of the pool water downwardly.

12. The apparatus of claim 4 further including leveler means for maintaining the pool water at a constant, predetermined level in the pool.

13. The apparatus of claim 4 in which the pool water surface is maintained at a predetermined level, said spray jet means including a plurality of spaced above-surface spray jets mounted to said endwall above the surface of the pool water, and a plurality of spaced subsurface spray jets mounted to said endwall immediately below the surface of the pool.

14. The apparatus of claim 13 in which said above-surface spray jets are positioned parallel to the surface of the pool water.

15. The apparatus of claim 13 in which said subsurface jets are angled upwardly from said endwall toward the surface of the pool water, said subsurface jets being adapted to spray a stream of water which breaks the surface of the pool water at a point about one meter from said endwall.

16. The apparatus of claim 13 in which said above-surface spray jets are each spaced approximately 50 millimeters above the predetermined surface level of the pool water.

17. The apparatus of claim 13 in which said subsurface spray jets are each spaced approximately 130 millimeters below the predetermined surface level of the pool water.

18. The apparatus of claim 13 in which each of said spray jets include a discharge nozzle having a spray angle of about 65°.

19. The apparatus of claim 13 in which said above-surface and subsurface spray jets are adapted to spray a stream of water into the pool at a pressure of at least 20 psi.

20. The apparatus of claim 13 in which each of said subsurface spray jets are formed with a discharge nozzle, at least one of said subsurface spray jets being mounted near the center of said endwall and being formed with a discharge orifice of larger diameter than said discharge orifice of said other subsurface spray jets.

21. The apparatus of claim 20 in which the diameter of said subsurface spray jet near the center of said pool

4,640,784

**13**

endwall is about 12.7 millimeters, and the diameter of said other subsurface spray jet is about 11.1 millimeters.

**22.** Apparatus for cleaning debris from the pool water of a swimming pool having a bottom, opposed sidewalls and opposed endwalls comprising:

upper spray jet means mounted to one of said endwalls for spraying water in pressurized streams into the pool to move a surface layer of pool water and debris contained therein to the opposite endwall;

lower spray jet means mounted to each of said sidewalls near the pool bottom for spraying water in pressurized streams into the pool to move submerged debris into said surface layer of pool water;

weir means mounted in an opening formed in said opposite end wall and extending into the pool water for creating a suction thereat to draw pool water and debris carried in the pool water from the pool into said weir means; and

filter means communicating with said weir means for filtering debris from the pool water entering said weir means.

**23.** The apparatus of claim **22** further including a perimeter water line connecting said upper spray jet means and said lower spray jet means with said filter means, and a perimeter pump disposed downstream in said water line from said filter means, said primary pump being adapted to pump pool water from the pool, into said weir means, through said filter means and then back into the pool through said upper spray jet means and said lower spray jet means.

**24.** The apparatus of claim **22** further including

a first water line connecting said filter means with said upper spray jet means;

a primary pump mounted in said first water line for pumping pool water from the pool, through said filter means and then back into the pool through said upper spray jet means;

a secondary filter;

a second water line communicating with the pool and connecting said secondary filter with said lower spray jet means; and

a secondary pump mounted in said second water line for pumping pool water from the pool, through said secondary filter and then back into the pool through said lower spray jet means.

**25.** The apparatus of claim **22** in which said lower spray jet means includes a plurality of first spray jets mounted to one of said sidewalls, and a plurality of

**14**

second spray jets mounted to the other of said sidewalls, each of said first spray jets being staggered along said one sidewall relative to said second spray jets mounted along said other sidewall.

**26.** The apparatus of claim **25** in which said first and second spray jets each include a discharge nozzle having a spraying angle of about 65°.

**27.** Apparatus for cleaning debris from the pool water of a swimming pool having a bottom, opposed sidewalls and opposed endwalls, comprising:

spray jet means mounted to one of said end walls for spraying water in pressurized streams into the pool to move a surface layer of pool water and debris contained therein to the opposite end wall;

at least one weir including a weir throat mounted in an opening formed in said opposite end wall of the pool and a weir lip connected to said weir throat, said weir lip extending into the pool water for creating a suction thereat to draw pool water and debris carried therein from the pool over said wier lip and into said weir throat; and

a filter connected to said weir throat.

**28.** The apparatus of claim **27** in which said weir lip includes a forward portion extending into the pool and a convex upper surface.

**29.** The apparatus of claim **27** in which said weir throat includes a forward end connected to said weir lip and a rearward end connected to said filter means, said forward end being disposed vertically above said lower end.

**30.** The apparatus of claim **27** in which said filter communicates with said spray jet means, said apparatus further including at least one pump for circulating pool water from the pool, through said weir, into said filter and then out said spray jet means to the pool, said at least one weir comprising a single weir having a weir lip disposed approximately 55 millimeters below the water level of the pool with said pump non-operational, and approximately 60 millimeters below the surface of the pool water with said pump operational.

**31.** The apparatus of claim **30** in which said filter means is mounted relative to pool such that the water level within said filter means is the same as the surface of the pool water with said pump non-operational, and the water level within said filter means is about 55 millimeters lower than the surface of the pool water with said pump operational.

* * * * *

S/N 11/819,017                                                                      <u>PATENT</u>

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | TORRES | Examiner: | Peter A. Kruskoci |
| Serial No.: | 11/819,017 | Group Art Unit: | 1797 |
| Filed: | 25 June 2007 | Docket No.: | 15807.0055US01 |
| Confirmation No.: | 5892 | Customer No.: | 23552 |
| Title: | PROCESS TO OBTAIN WATER BODIES LARGER THAN 15,000 M3 FOR RECREATIONAL USE WITH COLOR TRANSPARENCY AND CLEANS CHARACTERISTICS SIMILAR TO SWIMMING POOLS OR TROPICAL SEAS AT LOW COST | | |

**This paper is being filed electronically with the U.S. Patent Office**

RESPONSE TO RESTRICTION REQUIREMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

In response to the Office Action mailed November 16, 2009, Applicants respectfully request consideration of the claims in view of the following remarks.

The Office Action alleges restriction to one of Groups I or II is required under 35 U.S.C. § 121. Applicants elect Group I (claims 1, 3, 8–14 and 17, directed to a process) for further examination, <u>with traverse</u>.

Applicants traverse the rejection requirement for at least the following reasons. The Office Action contended that restriction for examination purposes was proper because there would be a serious search and examination burden if restriction were not required, because inter alia, the inventions have a acquired a separate status in the art due to their recognized divergent subject matter. Applicants disagree with this contention.

Applicants submit that the claims of Group I and Group II both relate to processes and apparatus used in recreational swimming pools. The technical problem to be solved by the present invention is obtaining large water bodies with color, transparency, and cleanness similar to those of swimming pools or tropical seas (in volumes larger than 15000 $m^3$). This is not

U.S. Patent Application Serial No. 11/819,017
Reply to Office Action of November 16, 2009

economically achievable using the traditional filtration technology, disinfection methods, water containing structures and suction devices usually used in recreational swimming pools.

In order to solve the above problem, the invention includes a structure to contain the large water body, and a method for water processing and maintenance of special characteristics with the aesthetic and sanitary desired result of "color, transparency and cleanness similar to swimming pools or tropical sea waters at low cost" along with a special suction device not found on the market.

The present invention relates to a process to obtain large water bodies (including implementation and maintenance), where once the structure (including all the necessary elements for water treatment and characteristics that will provide the desired results) is provided to contain the water, specific disinfection methods and different processes of separation and flocculation are performed and the flocculant material is suctioned by the suctioning device, all of which replaces standard pool technology.

Therefore, both the structure (which is part of the implementation) and cleaning (maintenance) are needed in order to solve the proposed technical problem. The structure of the present invention (as in claims 18 and 20–23; Group II) is an important part of the maintenance process (as in claims 1, 3 8–14 and 17; Group I), since the presence of pipes and numerous injectors allows for the generation of water currents that cause surface water movement. Concurrently to this surface water movement, floating impurities and oily materials are pushed toward the skimmers, where said impurities and oily materials are removed. If all disclosed elements are not present in the claims process, impurities would accumulate and would deteriorate water quality, which would render the objective of the present application null. This structure also has a large number of injectors as described that are necessary to homogenize the whole body of water. This is not necessary in small water bodies of similar common pools but is important on large bodies of water as the ones built around the world today using this technology. The colors described for the liners are also necessary for achieving the color of swimming pools or tropical seas. These liners are often used in lakes but usually in black color that does not provide the required result.

Standard pools use concrete or rigid plastic structures that are economically unfeasible for these pool sizes. As an example, the cost of plastic liners proposed on the patent application

2

U.S. Patent Application Serial No. 11/819,017
Reply to Office Action of November 16, 2009

for building the pools is under USD 0.3 per square feet. This is two orders of magnitude lower than concrete or rigid plastic structures of standard swimming pools.

The structure also has systems to harvest and constantly supply fresh water with certain quality needed for the maintenance of the water at a low cost. This is also not a requirement of standard pools that filter and recirculate the water, because they do not need a constant supply of fresh water with certain physicochemical parameters.

The suction device (claims 25–31; Group II) is an essential part of the process recited in claim 1, and has some special characteristics that are not found in existing or prior art devices. First of all, the device described in the patent application can clean up to 7.5 acres per day. This is 100 times faster than any suction machine for pools found on the market today. Moreover, for the process of obtaining large bodies of water with color, transparency, and cleanness similar to those of swimming pools or tropical seas at low cost, it was necessary to invent a special suction cart that could clean large surfaces economically at a very high speed and suction the flocculates on the bottom of the pool without disintegrating these fragile particles. The required cleaning rate is about 2.5 acres every 3 hours. Considering the width of the suction device, this implies that the suction device must advance with a speed of 3 feet/s. This speed, considering the low level of flocculants used, will certainly cause re-suspension of the already settled material when using one of the scrubbing technologies of commercially available suction devices. The suction device described in the present invention does in fact provide a fast and efficient collection of the settled material like no other existing device with any further re-suspension of the already settled material and thus is an essential part of the process.

Current pool cleaning equipments are designed to clean flat surfaces. The pools of this invention have an undulating irregular bottom built on sand, earth or clay covered with a plastic liner, which also forms 2"-high folds. Therefore, known cleaners cannot operate in these pools, and this led to the invention of the suction cart described in the application.

Finally, dredging machines used to remove materials from the bottom and increase the depth of lakes, marinas, rivers and the like have completely different objectives and designs, since they are conceived to extract large amounts of materials and do not perform a complete thorough cleaning of the bottom as is the case of pool cleaners and the described equipment.

Cloward Appx 0047

U.S. Patent Application Serial No. 11/819,017
Reply to Office Action of November 16, 2009

Applicants submit that claim 18 is a linking claim. Claim 18 recites a structure to contain large water bodies that is specially designed to carry out the process of claim 1. Claim 18 is therefore an essential apparatus for practicing the process of claim 1, and links the apparatus claims to the process claims. *See* MPEP 809.03. Notwithstanding the above arguments, Applicants note they are entitled to consideration of all claims depending from or otherwise requiring all the limitations of the allowable linking claim (i.e. claim 18).  Any claims directed to non-elected species must be rejoined or reinstated and fully examined for patentability.

Favorable examination is respectfully requested.

> **23552**
> PATENT TRADEMARK OFFICE

Date: _16 December 2009_

BHB:HLV:lrh

Respectfully submitted,

MERCHANT & GOULD
P. O. Box 2903
Minneapolis, Minnesota 55402-0903
(612) 336-4755

By_____
   Brian H. Batzli
   Reg. No. 32,960

4

## CLAIMS

1.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use with color, transparency and cleanness characteristics similar to swimming pools or tropical seas at low cost, wherein said process comprises:

    (a)  Providing a structure or pond that contains a water body larger than 15,000 m$^3$, including bottoms and walls built with low permeability materials such as clay and bentonite, coated by a non-porous material, such as a polyvinyl chloride membrane, lineal low density polyethylene or high density polyethylene capable of being cleaned, with a depth of at least 0,5 meters, a system for removing impurities and superficial oils using superficial slots (skimmers), a feeding pipe system that allows water replacement by entrance of fresh water, a water intake system;

    (b)  Feeding the structure with water with iron and manganese levels lower than 1.5 ppm and turbidity lower than 5 NTU;

    (c)  Measuring water pH, ideally it should be within a range lower than 7.8;

    (d)  Adding an oxidizing agent to the water contained in the structure of step (a), with which the 600 mV minimal ORP is controlled in water for a minimal period of 4 hours and in maximal cycles of 48 hours;

    (e)  Adding a flocculating agent in concentrations within 0.02 and 1 ppm with maximal frequencies of 6 days and cleaning the bottom of the structure of step (a) with a suction cart specially designed to remove precipitated impurities from the bottom of the lagoon, together with the previously added flocculants; cleaning is performed in such a way that every sector of the lagoon is cleaned in time intervals no greater than 7 days; with this step traditional filtering is avoided.

2.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein optionally, the structure or lagoon of step (a) can be made of cement with coatings such as painting, poliurethanes or fiberglass.

3.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein said feed water can be sea water, well water, spring water or water from other sources.

5  4.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 3, wherein in the case where said water is sea water, the water intake system can comprise well points or wells located at a depth of more than 6 meters.

10  5.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein a structure is provided in step (a) with a preferable depth within 2 and 5 meters.

6.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use
15  according to claim 1, wherein a structure is provided in step (a) with bottom and walls having light blue, white or light yellow color, thus allowing the water to have the appearance of tropical seas.

7.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use
20  according to claim 1, wherein a structure is provided in step (a) with a recycling system that uses pipes with injectors which allow maintaining water homogeneity by avoiding stagnating zones and facilitating the application of chemicals.

25  8.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein in the case where water pH is higher than 7.8 it is necessary to add bromine salts such as sodium bromide and keep bromide concentrations higher than 0.6 ppm.

30  9.  A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein in step (d) the added oxidant agents can be ozone, sodium or potassium persulfate, chlorine derivatives, hydrogen peroxide, bromine derivatives or by electrochlorination.

10.   A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 9, wherein said oxidant agents are added to obtain a minimal ORP of 600 mV during a minimal period of 4 hours, preferably in 24-hour cycles.

11.   A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein additionally in step (d) algaecides are added such as quaternary ammoniums (polyquats) and/or copper compounds, keeping copper levels between 1 ppb and 1.5 ppm, depending on temperature and sunlight.

12.   A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein the algaecides are added in the range between 0.3 and 1.5 ppm of copper for temperature ranges between 10°C and 30°C respectively.

13.   A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein in step (e) the flocculant agent is preferably a cationic polymer that is added in concentrations between 0.02 and 1 ppm, in maximal periods of 6 days.

14.   A process to obtain water bodies larger than 15,000 m3 for recreational use according to claim 13, wherein said flocculant agent is applied in a concentration of 0.05 ppm, preferably every 24 hours.

15.   A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein in step (e) the cleaning of the bottom of the lagoon is performed by using a suction cart that comprises: a supporting plate (1), a resin collar reinforced with fiberglass (4), pulling handles (5), a resin cover (6), a lateral membrane flap (7), a steel frame (10), high density polyurethane rollers (11), auto-lubricated plastic wheels (12), an opening in a PVC pipe (14) to suction the bottom, a brush line (16) comprising plastic-based brushes with synthetic bristles (20) and a steel platen (21) with perforations or slots to fasten the brushes (20) in a continuous line,

supporting plates (19a) for the axles of the wheels and the rollers (19b), and a suction PVC line (17) with openings (14).

16. A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein the lagoon cleaning step (e) is performed by using said suction cart, which is pulled around the lagoon with a system that includes a boat, a draining chamber, plastic buoys for the floatability of a hose, a platform for the steersman and the boat's deck operator, a pulling tubular labeled galvanized-steel connecting rod astern, a connection hose between the boat and the cart, a connection piece between the connecting hose and the suction hose that connects the pump placed at the lagoon's shore.

17. A process to obtain water bodies larger than 15,000 m$^3$ for recreational use according to claim 1, wherein a minimal total water renewal rate of 150 days has to be maintained, preferably 60 days, to avoid the accumulation of oxidation sub-products (ageing).

18. A structure to contain water bodies larger than 15,000 m$^3$ for recreational use with color, transparency and cleanness characteristics similar to swimming pools or tropical seas at low cost, wherein said structure can comprise bottoms and walls built with low permeability materials such as clay and bentonite, coated by a non-porous material, such as a polyvinyl chloride membrane, lineal low density polyethylene or high density polyethylene capable of being cleaned, with a depth of at least 0,5 meters, a system for removing impurities and superficial oils using superficial slots (skimmers), a feeding pipe system that allows water replacement by entrance of fresh water, and a water intake system.

19. A structure to contain water bodies larger than 15,000 m$^3$ for recreational use according to claim 18, wherein the water intake system can comprise well points or wells located at a depth of more than 6 meters.

20.  A structure to contain water bodies larger than 15,000 m3 for recreational use according to claim 18, wherein optionally, the structure or lagoon of step (a) can be made of cement with coatings such as painting, poliurethanes or fiberglass.

21.  A structure to contain water bodies larger than 15,000 $m^3$ for recreational use according to claim 18, wherein said bottoms and walls have light blue, white or light yellow color, thus allowing the water to have the appearance of tropical seas.

22.  A structure to contain water bodies larger than 15,000 m3 for recreational use according to claim 18, wherein said structure has a preferable depth within 2 and 5 meters.

23.  A structure to contain water bodies larger than 15,000 m3 for recreational use according to claim 18, wherein said structure has a recycling system that uses pipes with injectors which allow maintaining water homogeneity by avoiding stagnating zones and facilitating the application of chemicals.

24.  A suction cart to clean a structure that contains water bodies larger than 15000 m3 for recreational use with color, transparency and cleanness characteristics similar to swimming pools or tropical seas at low cost, wherein said suction cart comprises: a supporting plate (1), a resin collar reinforced with fiberglass (4), pulling handles (5), a resin cover (6), a lateral membrane flap (7), a steel frame (10), high density polyurethane rollers (11), auto-lubricated plastic wheels (12), an opening in a PVC pipe (14) to suction the bottom, a brush line (16) comprising plastic-based brushes with synthetic bristles (20) and a steel platen (21) with perforations or slots to fasten the brushes (20) in a continuous line, supporting plates (19a) for the axles of the wheels and the rollers (19b), and a suction PVC line (17) with openings (14).