Glenn R. Bronson (7362)
GRBronson@traskbritt.com
James C. Watson (13395)
JCWatson@traskbritt.com
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, UT 84102
Tel: (801) 532-1922
Fax: (801) 531-9168

Anthony R. Zeuli (*Pro Hac Vice*)
TZeuli@merchantgould.com
Eric R. Chad (*Pro Hac Vice*)
EChad@merchantgould.com
Karen L. Beckman (*Pro Hac Vice*)
KBeckman@merchantgould.com
Peter S. Selness (*Pro Hac Vice*)
PSelness@merchantgould.com
MERCHANT & GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOWARD H2O LLC,<br><br>Defendant | **JOINT STATUS REPORT AND CLAIM CONSTRUCTION CHART**<br><br>Case No. 2:19-cv-00796-BSJ<br><br>District Judge Bruce S. Jenkins<br><br>**JURY DEMANDED** |

In accordance with the Scheduling Order in the above captioned action and this Judicial District's Local Patent Rules, Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies Inc. ("Crystal Lagoons") and Defendant Cloward H2O LLC ("Cloward"), set forth their Joint Status Report and Claim Construction Chart with respect to the asserted claims of United States Patent Nos. 8,062,514 (the "'514 Patent"), 8,753,520 (the "'520 Patent"), and 9,708,822 (the "'822 Patent") (collectively the "patents-in-suit") to be construed by the Court during the Claim Construction Hearing presently set for July 26, 2021, at 10:00 a.m., or as soon thereafter as the Court can accommodate the hearing.

**Claim Constructions**

Exhibit A lists each claim term and each party's respective proposed construction.

**Nature and Form of the Claim Construction Hearing**

The parties anticipate that one full court day will be necessary for the Claim Construction Hearing. The parties would prefer, pursuant to Phase 2 of this Court's Resumption of In-Person Court Proceedings, that the hearing take place in person. The parties would recommend that the hearing proceed on a term-by-term basis, with each party presenting argument on each disputed claim term or phrase before moving on to the next term or phrase. Both parties anticipate making arguments using multimedia presentations and request that appropriate connections to court audiovisual resources be provided.

**Prehearing Conference**

The parties do not believe that a prehearing conference is necessary but will appear at any such conference ordered by the Court.

Dated: June 21, 2021

By: /s/ James C. Watson

James C. Watson (13395)
JCWatson@traskbritt.com
Glenn R. Bronson (7362)
GRBronson@traskbritt.com
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, UT 84102
Tel: (801) 532-1922
Fax: (801) 531-9168

Anthony R. Zeuli (*Pro Hac Vice*)
TZeuli@merchantgould.com
Eric R. Chad (*Pro Hac Vice*)
EChad@merchantgould.com
Karen L. Beckman (*Pro Hac Vice*)
KBeckman@merchantgould.com
Peter S. Selness (*Pro Hac Vice)*
PSelness@merchantgould.com
MERCHANT & GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Counsel for Plaintiffs Crystal Lagoons US Corp and Crystal Lagoons Technologies Inc.*

/s/ Jared J. Braithwaite

Jared J. Braithwaite (UT State Bar No. 12445)
  jbraithwaite@mabr.com
Alexis K. Juergens (UT State Bar No. 16861)
  ajuergens@mabr.com
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
(801) 297-1850

Attorneys for Defendant Cloward H2O LLC

3