FILED
2021 OCT 15 AM 10:19
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOWARD H2O LLC, <br><br> Defendant. | **ORDER DENYING MOTION TO DISMISS AND MOTION TO COMPEL** <br><br> Case No. 2:19-cv-00796-BSJ <br><br> District Judge Bruce S. Jenkins <br><br> JURY DEMANDED |

On October 5, 2021, the Court conducted a virtual and telephonic hearing on Plaintiffs' Motion to Vacate Hearing on Cloward's Motion for Summary Judgment of Non-Infringement in Light of Claim Construction ("Motion"). (Dkt. No. 148.) Anthony Zeuli argued on behalf of Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies Inc. Jared Braithwaite argued on behalf of Defendant Cloward H2O ("Defendant"). Having considered the motion, the briefing, the evidence presented, the arguments of counsel, and the relevant legal standards, the Court ruled at the hearing and GRANTED the Motion. In confirmation of that ruling, and for good and sufficient cause shown:

**IT IS HEREBY ORDERED:**

That Plaintiffs' Motion to Vacate Hearing on Cloward's Motion for Summary Judgment of Non-Infringement in Light of Claim Construction (Dkt. No. 148) is hereby GRANTED.

Defendant's Motion for Summary Judgment of Non-Infringement in Light of Claim Construction (Dkt. No. 118) is VACATED without prejudice.

SIGNED this 15th day of October, 2021.

BY THE COURT:

Judge Bruce S. Jenkins
U.S. District Court Judge

2